AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 20-2761 |
| CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Knight First Amendment Institute at Columbia University.

Date: 04/02/2020

s/ Alex Abdo
*Attorney's signature*

Alex Abdo (AA0527)
*Printed name and bar number*

Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10112
*Address*

alex.abdo@knightcolumbia.org
*E-mail address*

646-745-8500
*Telephone number*

*FAX number*