FOIA Summons (12/11) (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Health and Human Services

was received by me on *(date)*   4/3/2020   .

> ➢ I personally served the summons on the individual at *(place)* _____

_____   on *(date)* _____ ; or

> ➢ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

> ➢ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____   on *(date)* _____ ; or

> ➢ I returned the summons unexecuted because _____ ; or

> ✗ Other *(specify):*
> I served the U.S. Department of Health and Human Services by serving the United States (see below) and by mailing a copy of the summons and of the complaint by USPS certified mail to the U.S. Department of Health and Human Services on 4/14/2020. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summons and complaint were delivered on 4/17/2020.

My fees are $  0.00   for travel and $  0.00   for services, for a total of $  0.00   .

I declare under penalty of perjury that this information is true.

Date:   4/22/2020

s/ Helen Zhong

_____
*Server's signature*

Helen Zhong, Paralegal

_____
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115

_____
*Server's address*

Additional information regarding attempted service, etc:

I served the United States by (1) mailing a copy of the complaint and all summonses by USPS certified mail to the Attorney General of the United States on 4/14/2020; and (2) mailing a copy of the complaint and all summonses to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 4/14/2020. Please see the attached USPS receipts, showing delivery addresses, and delivery confirmations, showing that the summonses and complaint were delivered to both on 4/20/2020.

## Shipment Details

**Shipped To:** U.S. Dep&apos;t of Health & Human Serv
c/o General Counsel, Hubert H. Humphrey Building, 200 Independence Avenue, S.W., Washington, DC 20201-0004

**Mailing Date:** 4/14/2020

**Est. Delivery:** 2 days

**Service:** Priority Mail (R)

**Signature:** Requested

**Tracking:** 9402811899562991150867

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 9402811899562991150867

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 10:59 am on April 17, 2020 in WASHINGTON, DC 20201.

**USPS Premium Tracking™ Available** ⌄

 **Delivered**

April 17, 2020 at 10:59 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20201

**Get Updates** ⌄

## Shipment Details

| | |
|---|---|
| **Shipped To:** | Attorney General of the United States<br>U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001 |
| **Mailing Date:** | 4/14/2020 |
| **Est. Delivery:** | 2 days |
| **Service:** | Priority Mail (R) |
| **Signature:** | Requested |
| **Tracking:** | 9402811899562991964730 |

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 9402811899562991964730

Your item was delivered at 6:34 am on April 20, 2020 in WASHINGTON, DC 20530.

**USPS Premium Tracking™ Available** ⌄

 **Delivered**

April 20, 2020 at 6:34 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

See More ⌄

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

## Shipment Details

**Shipped To:** Civil Process Clerk
United States Attorney&apos;s Office, 86 Chambers Street Floor 3rd, New York, NY 10007-2632

**Mailing Date:** 4/14/2020

**Est. Delivery:** 2 days

**Service:** Priority Mail (R)

**Signature:** Requested

**Tracking:** 9402811899562991910676

USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 9402811899562991910676

Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on April 20, 2020 in NEW YORK, NY 10007.

**USPS Premium Tracking™ Available** ∨

 **Delivered**

April 20, 2020 at 1:14 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

**Get Updates** ∨

See More ∨