FOIA Summons (12/11) (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  see note below

was received by me on *(date)*  4/3/2020  .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
I mailed a copy of the complaint and the summonses for the Centers for Disease Control and Prevention and the Department of Health and Human Services to the civil process clerk at the U.S. Attorney's Office for the Southern District of New York by USPS certified mail on 4/14/2020. Please see the attached USPS receipt, showing delivery address, and delivery confirmation, showing that the summonses and complaint were delivered on 4/20/2020.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/22/2020

s/ Helen Zhong
*Server's signature*

Helen Zhong, Paralegal
*Printed name and title*

475 Riverside Drive, Suite 302
New York, NY 10115
*Server's address*

Additional information regarding attempted service, etc:

## Shipment Details

**Shipped To:** Civil Process Clerk
United States Attorney&apos;s Office, 86 Chambers Street Floor 3rd, New York, NY 10007-2632

**Mailing Date:** 4/14/2020

**Est. Delivery:** 2 days

**Service:** Priority Mail (R)

**Signature:** Requested

**Tracking:** 9402811899562991910676

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9402811899562991910676

Your item was delivered to the front desk, reception area, or mail room at 1:14 pm on April 20, 2020 in NEW YORK, NY 10007.

**USPS Premium Tracking™** Available ˅

Delivered

April 20, 2020 at 1:14 pm
Delivered, Front Desk/Reception/Mail Room
NEW YORK, NY 10007

Get Updates ˅

See More ˅