UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>        Plaintiff,<br><br>   v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 1:20-cv-02761-AT |

### MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHANIE KRENT AS ADDITIONAL COUNSEL FOR PLAINTIFF

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Stephanie Krent, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for the Knight First Amendment Institute at Columbia University in the above-captioned action.

I am in good standing of the bar of the state of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have ever been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

 */s/ Stephanie Krent*
Stephanie Krent

|  |  |
|---|---|
| Dated: May 13, 2020 | Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive, Suite 302<br>New York, NY 10115<br>(646) 745-8500<br>stephanie.krent@knightcolumbia.org |