UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>         Plaintiff,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>         Defendants. | Civil Action No. 1:20-cv-02761-AT |

## AFFIDAVIT OF STEPHANIE KRENT

I, Stephanie Krent, submit this affidavit in support of my motion for admission to practice in the above captioned case *pro hac vice*.

1. My full name is Stephanie Clara Krent.

2. I am an attorney with the Knight First Amendment Institute at Columbia University. My office is located at 475 Riverside Drive, Suite 302, New York, NY 10115. My office telephone number is (646) 745-8500.

3. I was admitted by examination to the Bar of the State of New York in June 2017 and remain a member in good standing. My bar registration number is 5535414.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

I certify under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

 */s/ Stephanie Krent*
Stephanie Krent
Knight First Amendment Institute
    at Columbia University
475 Riverside Drive
Suite 302
New York, NY 10115
(646) 745-8500
stephanie.krent@knightcolumbia.org

Dated: May 13, 2020