UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>        Defendants. | Civil Action No. 1:20-cv-02761-AT |

**[Proposed] ORDER FOR ADMISSION TO PRACTICE *PRO HAC VICE***

The motion of Stephanie Krent for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    Applicant's Name: Stephanie Krent

    Firm Name: Knight First Amendment Institute at Columbia University

    Address: 475 Riverside Drive, Suite 302

    City / State / Zip: New York, NY 10115

    Telephone: (646) 745-8500

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for the Knight First Amendment Institute at Columbia University in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Date: _____

_____
Honorable Analisa Torres
United States District Judge