UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                        Plaintiff,

        -against-

CENTERS FOR DISEASE CONTROL AND
PREVENTION and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                       Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  5/26/2020  
```

20 Civ. 2761 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The initial pretrial conference scheduled for June 4, 2020, at 1:20 p.m. is RESCHEDULED to **June 4, 2020**, at **11:20 a.m.**  The conference shall proceed telephonically.  The parties are each directed to call either (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      SO ORDERED.

Dated: May 26, 2020
       New York, New York

                                    ANALISA TORRES
                       United States District Judge