# EXHIBIT A

**Subject:** Re: CDC FOIA Request #20-00979-FOIA

**Date:** Friday, March 27, 2020 at 4:12:18 PM Eastern Daylight Time

**From:** Stephanie C Krent

**To:** LDavidi@cdc.gov

**CC:** Alexander A Abdo, Anna Diakun

Ms. Davidi,

Thank you for your prompt response to our Request (#20-00979-FOIA). In your letter dated March 26, 2020, you noted that items 1 and 2 of the Request were overly broad because "CDC employs over 15,000 employees" and CDC could not complete the search with reasonable effort if we did not specify "an office(s) and/or names of persons" who may be custodians of relevant records.

Although we don't believe the Request was overly broad, we are willing to narrow those parts of the Request by identifying a time range and particular custodians who we think are likely to have responsive records. For items 1 and 2, we would agree that CDC can limit its search to (1) records created on or after January 29, 2020; and (2) the following offices and potential custodians:

Offices:
- Office of the Director
- Office of the Associate Director of Communication
- Speaker's Bureau

Potential custodians:
- Robert Redfield, CDC Director
- Anne Schuchat, Principal Deputy Director
- Michelle E. Bonds, Associate Director for Communication
- Jay C. Butler, Deputy Director for Infectious Diseases
- Martin Cetron, MD, Director of the Division of Global Migration and Quarantine
- John Dreyzehner, MD, MPH, FACOEM, Director of the Centers for Preparedness and Response
- Amy Heldman, Acting Branch Chief, News Media Branch
- Katherine Lyon Daniel, PhD, Deputy Director for Public Health Service and Implementation Science
- Jennifer Madans, Director of the National Center for Health Statistics
- Nancy Messonnier, Director of National Center for Immunization and Respiratory Diseases
- Stephen Redd, MD (RADM, USPHS), Director for the Office of Public Health Preparedness and Response

We would be happy to discuss this proposal with you at your earliest convenience. And to confirm what you relayed in your letter, as we discuss items 1 and 2 of the Request, the CDC is continuing to process items 3–5 of the Request, correct?

Thank you,
Stephanie

Stephanie Krent
Legal Fellow
Knight First Amendment Institute at Columbia University
475 Riverside Drive, Suite 302 | New York, NY 10115

stephanie.krent@knightcolumbia.org | 312-636-1843

---

**From:** "LDavidi@cdc.gov" <LDavidi@cdc.gov>
**Date:** Thursday, March 26, 2020 at 8:52 AM
**To:** Stephanie C Krent <stephanie.krent@knightcolumbia.org>
**Subject:** CDC FOIA Request #20-00979-FOIA

March 26, 2020

Request Number: 20-00979-FOIA

Dear Ms. Krent:

This is regarding your Freedom of Information Act (FOIA) request of March 19, 2020, assigned #20-00979-FOIA.

Please see the attached letter.

Sincerely,

Leigh Davidi
CDC/ATSDR FOIA Office
770-488-6298