UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED: 6/4/2020  _____
```

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                Plaintiff,

           -against-

CENTERS FOR DISEASE CONTROL AND
PREVENTION and U.S. DEPARTMENT OF HEALTH
AND HUMAN SERVICES,

                Defendants.

20 Civ. 2761 (AT)

**ORDER**

ANALISA TORRES, District Judge:

For the reasons stated on the record at the initial pretrial conference held on June 4, 2020, it is ORDERED that:

1. By **June 9, 2020**, Defendants shall complete processing of records responsive to Plaintiff's "prioritized records" request under the Freedom of Information Act for (i) the CDC's currently operative employee communications or speech policies and (ii) any policies or guidelines concerning the coordination of statements and/or public appearances with the Office of Vice President Mike Pence or the White House Coronavirus Task Force, other than any records in these categories for which consultation, referral, or coordination is required pursuant to 45 C.F.R. § 5.25(b), and will produce responsive, non-exempt records that it has processed.

2. With respect to any "prioritized records" for which consultation, referral, or coordination is required, Defendants shall confer with the relevant non-party agencies and by **June 9, 2020**, shall file on the public docket a letter reporting a date certain by which the records will be processed and responsive, non-exempt records will be produced.

3. By **July 6, 2020**, Defendants shall complete processing of all remaining records responsive to Plaintiff's request, as narrowed by the parties' agreement, other than any records in these categories for which consultation, referral, or coordination is required pursuant to 45 C.F.R. § 5.25(b), and will produce responsive, non-exempt records that it has processed.

4. With respect to any remaining records for which consultation, referral, or coordination is required, Defendants shall confer with the relevant non-party agencies and by **July 6, 2020**, shall file on the public docket a letter reporting a date certain by which the records will be processed and responsive, non-exempt records will be produced.

    SO ORDERED.

Dated: June 4, 2020
    New York, New York

ANALISA TORRES
United States District Judge