

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

86 Chambers Street
New York, New York 10007

June 9, 2020

By ECF and Electronic Mail

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

      Re:    *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres:

      This Office represents defendants Centers for Disease Control and Prevention and U.S. Department of Health and Human Services ("Defendants") in the above-referenced matter, which was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").  In accordance with the Court's June 4, 2020 order, Dkt. No. 24, we write respectfully to report that with respect to the "prioritized records" described in the June 4 Order for which consultation, referral, or coordination is required pursuant to 45 C.F.R. § 5.25(b), Defendants will complete processing of such records and produce responsive, non-exempt records, if any, on or before June 18, 2020.

      We thank the Court for its consideration of this matter.

                                                        Respectfully submitted,

                                                        GEOFFREY S. BERMAN
                                                        United States Attorney for the
                                                        Southern District of New York

                                          By: */s/ Andrew E. Krause*
                                                        ANDREW E. KRAUSE
                                                        Assistant United States Attorney
                                                        Telephone:  212-637-2769
                                                        Facsimile: 212-637-2786
                                                        E-mail: andrew.krause@usdoj.gov

cc:      All counsel of record via ECF