

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

July 6, 2020

By ECF and Electronic Mail

Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:   *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres:

      This Office represents defendants Centers for Disease Control and Prevention and U.S. Department of Health and Human Services ("Defendants") in the above-referenced matter, which was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). In accordance with the Court's June 4, 2020 order, Dkt. No. 24, we write respectfully to report that with respect to the remaining records responsive to Plaintiff's FOIA request that is the subject of this lawsuit, none required consultation, referral, or coordination pursuant to 45 C.F.R. § 5.25(b). Accordingly, Defendants' production today of the remaining responsive, non-exempt records completes Defendants' response to Plaintiff's FOIA request.

      We thank the Court for its consideration of this matter.

                                                Respectfully submitted,

                                                AUDREY STRAUSS
                                                Acting United States Attorney for the
                                                Southern District of New York

                                  By: */s/ Andrew E. Krause*
                                      ANDREW E. KRAUSE
                                      Assistant United States Attorney
                                      Telephone: 212-637-2769
                                      Facsimile: 212-637-2786
                                      E-mail: andrew.krause@usdoj.gov

cc:     All counsel of record via ECF