```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/10/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                              Plaintiff,

-against-

CENTERS FOR DISEASE CONTROL AND
PREVENTION and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                             Defendants.

20 Civ. 2761 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 6, 2020, Defendants reported that they had completed production of all records they deemed responsive and non-exempt in response to Plaintiff's Freedom of Information Act request. ECF No. 26. It is ORDERED that by **August 7, 2020**, the parties shall file a joint letter indicating whether any disputes are outstanding, and stating whether any party intends to file any motions.

    SO ORDERED.

Dated: July 10, 2020
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge