AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York
By:  NATASHA W. TELEANU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2528
E-mail: natasha.teleanu@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>Plaintiff,<br><br>-v-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | 20 Civ. 2761 (AT)<br><br>**NOTICE OF MOTION** |

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, the Declaration of Roger Andoh and the attached exhibit, Defendants Centers for Disease Control and Prevention and United States Department of Health and Human Services, by their attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, hereby move this Court for an order granting summary judgment in their favor under Rule 56 of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the order of the Court dated July 27, 2020, Plaintiff's deadline to file a cross-motion for summary judgment is September 18, 2020; Defendants' deadline to file a combined opposition to Plaintiff's cross-motion and a reply

in support of their motion for summary judgment is October 2, 2020; and Plaintiff's deadline to file a reply in support of its cross-motion is October 16, 2020. ECF No. 29.

Dated:   September 4, 2020
         New York, New York

                                AUDREY STRAUSS
                                Acting United States Attorney for the
                                Southern District of New York

                       By:   /s/ Natasha W. Teleanu
                                NATASHA W. TELEANU
                                Assistant United States Attorney
                                86 Chambers Street, 3rd Floor
                                New York, New York 10007
                                Tel.: (212) 637-2528
                                E-mail: natasha.teleanu@usdoj.gov