# KNIGHT FIRST AMENDMENT INSTITUTE v. CDC and HHS,

# Case Number 1:20-cv-02761-AT

*Vaughn Index of Withheld Documents*

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| 1. | First release | Proposed changes to draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 1-21) | Proposed changes to draft CDC Communications and Media Strategy for COVID-19 | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 2. | Final Production, Part 1 | 08/31/2017 NCIRD Senior Mgmt email chain (pages 47-48) | Discussion about tentative CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 3. | Final Production, Part 1 | 08/31/2017 NCIRD Senior Mgmt email chain (pages 49-50) | Discussion about tentative CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 4. | Final Production, Part 1 | 08/31/ -- 09/01/2017 NCIRD Senior Mgmt email chain (pages 51-53) | Discussion about possible changes in CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 5. | Final Production, Part 1 | 09/13/2017 Kristen Nordlund email to NCIRD Senior Mgmt about meeting with Office of the Associate Director for Communication (OADC) Mgmt (pages 58-59) | Tentative clearance process for reactive media requests | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 6. | Final Production, Part 1 | 09/14/2017 NCHS Senior Mgmt email chain (pages 73-74) | Follow-up discussion about tentative CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 7. | Final Production, Part 1 | 09/08/2017 NCHS Senior Mgmt email chain (pages 82-83) | Follow-up discussion about tentative CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 8. | Final Production, Part 1 | 09/08/2017 NCHS Senior Mgmt email chain (pages 84-85) | Follow-up discussion about tentative CDC media communication clearance policy | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 9. | Final Production, Part 2 | 02/25/2020 EOP email to Senior Government Officials (pages 33-34) | Proposed coordinated media communication strategy for COVID-19 with designated speakers for various issues/topics | Presidential communications privilege.  Communications with the President or his immediate advisors. |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| 10. | Final Production, Part 2 | 02/25 -- 02/27/2020 EOP email chain to Senior Government Officials (pages 35-36) | Update and elaboration of proposed coordinated media communication strategy for COVID-19 | Presidential communications privilege.  Communications with the President or his immediate advisors. |
| 11. | Final Production, Part 2 | 02/26/2020 CDC OD email forwarding 02/25/2020 EOP email to Senior Government Officials (pages 38-39) | Proposed coordinated media communication strategy for COVID-19 with designated speakers for various issues/topics | Presidential communications privilege.  Communications with the President or his immediate advisors. |
| 12. | Final Production, Part 2 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 41-58) | Plan to provide timely, accurate, relevant, and actionable information for the public, healthcare providers, first responders, border officials, policymakers, media, and the public health community. | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 13. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 3-16) | OADC edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 14. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 18-33) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| | | | | offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 15. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 35-50) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 16. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 52-74) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 17. | Final Production, Part 3 | 02/25/2020 EOP email to Senior Government Officials (pages 75-76) DUPLICATE OF PART 2, PAGES 33-34 | DUPLICATE OF PART 2, PAGES 33-34 | DUPLICATE OF PART 2, PAGES 33-34 |
| 18. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 79-94) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| | | | | the agency should communicate information regarding the coronavirus. |
| 19. | Final Production, Part 3 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 97-112) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 20. | Final Production, Part 4 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 3-19) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 21. | Final Production, Part 4 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 49-62) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 22. | Final Production, Part 4 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 67-82) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| | | | | particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 23. | Final Production, Part 4 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 90-106) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 24. | Final Production, Part 5 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 4-28) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 25. | Final Production, Part 5 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 34-62) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
| | | | | revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 26. | Final Production, Part 5 | 02/25/2020 EOP email to Senior Government Officials (pages 64-65) DUPLICATE OF PART 2, PAGES 33-34 | DUPLICATE OF PART 2, PAGES 33-34 | DUPLICATE OF PART 2, PAGES 33-34 |
| 27. | Final Production, Part 5 | 02/25 – 02/26/2020 Division of Global Migration and Quarantine email chain (pages 66-67) | Discussion of how to apply 02/25/2020 EOP email to Senior Government Officials | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 28. | Final Production, Part 5 | 02/25 – 02/26/2020 Division of Global Migration and Quarantine email chain (page 63) | Discussion of how to apply 02/25/2020 EOP email to Senior Government Officials | Deliberative process privilege: open, frank discussions on matters of policy between staff members |
| 29. | Final Production, Part 5 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 73-93) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 30. | Final Production, Part 5 | 03/13/2020 email chain between NCIRD and OADC (pages 96 -99) | Proposed edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 31. | Final Production, Part 6 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 10-24) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by |

| Item | Release ID | Description | Withheld Information | Basis for Withholding |
|---|---|---|---|---|
|  |  |  |  | revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 32. | Final Production, Part 6 | Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (pages 28-44) | Edits to Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted.  Release could cause harm by providing the public with erroneous information on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus.<br><br>Deliberative process privilege: open, frank discussions on matters of policy between staff members.  Release could cause harm by revealing the exchange of ideas, language choices, and opinions offered by agency leadership on a particularly sensitive matter: how the agency should communicate information regarding the coronavirus. |
| 33. | Final Production, Part 6 | 05/11 –05/15/2020 HHS/ASPA email chain (pages 45-47) | Interim clearance process for HHS and EOP | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted |
| 34. | Final Production, Part 6 | 05/22/2020 HHS/ASPA email (pages 93-94) | Interim media clearance process for HHS | Deliberative process privilege: protect against premature disclosure of proposed policies before they are actually adopted |
| 35. | Final Production, Part 6 | 04/30/2020 CDC/OD email to CDC/OADC (pages 111-113) | Interim communication and media procedures | Deliberative process privilege and presidential communications privilege: protect against premature disclosure of proposed policies before they are actually adopted, including references to communications with the President or his immediate advisors. |