UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>   Plaintiff,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>   Defendants. | No. 1:20-cv-02761-AT |

### NOTICE OF PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and the Declaration of Jennifer Pinsof and all exhibits thereto, Plaintiff the Knight First Amendment Institute at Columbia University ("Plaintiff") hereby moves this Court for partial summary judgment against Defendants the Centers for Disease Control and Prevention and the U.S. Department of Health and Human Services (collectively, "Defendants") pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other relief as the Court deems just and proper.

Pursuant to the Court's Order of July 27, 2020, Defendants' opposition to Plaintiff's cross-motion and reply in support of its own motion is due by October 2, 2020, and Plaintiff's reply in support of this motion is due by October 16, 2020. ECF No. 29.

1

| | |
|---|---|
| Dated: September 18, 2020 | Respectfully submitted,<br><br>/s/ *Anna Diakun*<br>Anna Diakun<br>Stephanie Krent<br>Jennifer Pinsof<br>Alex Abdo<br>Knight First Amendment Institute<br>  at Columbia University<br>475 Riverside Drive<br>New York, NY 10115<br>(646) 745-8500<br>anna.diakun@knightcolumbia.org<br><br>*Counsel for the plaintiff* |