# EXHIBIT 1

| | |
|---|---|
| From: | Rich, Michawn (CDC/OD) |
| Sent: | 30 Apr 2020 18:09:12 +0000 |
| To: | Oury, Rachael;Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate (CDC/OD/OADC);Lepore, Loretta (CDC/OD/OCS) |
| Subject: | Rundown |

DELIBERATIVE/PREDECISIONAL

All – below is a rundown of sorts that I put together for Rachael that may help her navigate the new role. We can discuss on the call today.

### CDC Process
Internal media inquiries and discussion:
- Send the press inquiries to:
    - CDC IMS JIC (Joint Information Center) Media -2 eocjicmedia2@cdc.gov
    - Ben Haynes fxq2@cdc.gov
    - Kristen Nordlund hok4@cdc.gov
    - Tom Skinner tws3@cdc.gov
    - Cc: Loretta Lepore phf7@cdc.gov
    - Cc: Michelle Bonds meb0@cdc.gov
    - Cc: Kate Galatas kkg2@cdc.gov
- Every interview **MUST** be audio recorded.
- You need to approve all interview requests (print, tv, radio, podcast, etc) **BEFORE** they go to HHS or OVP for approval.
    - Just because there are outstanding requests or folks keep getting asked to do a particular interview does not mean it has to be fulfilled – (b)(5)
    - (b)(5)
    - **NOTE**: as a rule, do not send up requests that ask to do profile pieces – these are not allowed at the moment.
    - **NOTE**: as a rule, do not send up requests for Greta Van Sustern or anyone affiliated with Voice of America because of this: https://www.whitehouse.gov/articles/amid-a-pandemic-voice-of-america-spends-your-money-to-promote-foreign-propaganda/

For Dr. Redfield media
- Loretta Lepore oversees all of his media and Tom helps her.
- Paul Fulton kwf8@cdc.gov is in charge of booking most of his interviews.
- These are the outstanding interview requests that we have for Dr. Redfield (b)(5)
    - (b)(5)
        - Larry O'Connor's Los Angeles Radio Show
        - AARP online interview
        - Current TV News
        - Magic 106.7 FM Radio in Boston, Mass
        - PBS Frontline in late May (this is a documentary piece and must be recorded closer to the air date).
- (b)(5)

- After you confirm an interview send a document to Loretta and Paul with this information:
    - Time of interview
    - Outlet
    - Whether it is live or taped
    - How long the interview will be
    - Reporter conducting the interview
    - Booker contact
    - Producer contact (if you have it)
    - On site contact
    - Topics
    - Location of interview
    - Parking directions if necessary
    - Biography of reporter conducting interview
- **NOTE**: Dr. Redfield can do FOX News, FOX Business, NBC, or CNBC interviews from the Hall of States Satellite Studio in D.C.
- **NOTE**: Dr. Redfield can do other interviews from the HHS studio in D.C. if it is available – sometimes he can bump someone if he is higher up on the leadership board.
    - Email Michael Wilker Michael.Wilker@hhs.gov, Steven Hamberg shamberg@hhs.tv, Karen Foster kfoster@hhs.tv, Morgan Courbois mcourbois@hhs.tv, and Samuel Nix Samuel.Nix@hhs.gov to see if the studio is available.

For Dr. Schuchat and Dr. Butler media
- Ana Toro pvq1@cdc.gov is in charge of booking most of their interviews.
    - This is the only outstanding request we haven't booked for Dr. Butler (b)(5)
      (b)(5) FOX 5 Good Day New York

### HHS Process
- **NOTE**: The new HHS comms leadership wants to focus on local media.
    - Send any good local media stories to Brad Traverse Brad.Traverse@hhs.gov
- All press materials (releases, statements, etc.) need to be submitted to releases@hhs.gov for clearance
- All media inquiries (requests for interviews, written responses to reporter questions, etc.) need to be submitted to interviews@hhs.gov. These include any incoming that may come through FEMA to the HHS team embedded there.
- HHS will triage the submissions to determine which ones require (b)(5) Certainly, if you have a recommendation on that when you submit, please share that as well. Likewise, if you are contacted directly by (b)(5) with a request for a media inquiry, create or approve a press material, etc., please be sure to loop in HHS, so they can maintain situational awareness.
- Cc: Ben, Michelle, Kate, Kristen, Loretta, and Tom on emails to HHS that seek approval on interviews, releases, op-eds, etc.

### OVP Process

(b)(6); (b)(5)


(b)(6); (b)(5)

### Daily FEMA Calls

- You will receive a daily email from someone in the JIC at CDC (eocevent202@cdc.gov) with a rundown of press and events for the day around 9:30am. You can pull from that to report out on the daily 10:15am FEMA calls.
- You can also ask Loretta for Dr. Redfield's schedule to see if you can pull anything from that to report out on the FEMA call.
- Following each call, send your readout to Ben Haynes and Carrie Harmon qbj2@cdc.gov. They send it to HHS at the end of the day up to HHS with other CDC items.

### Op-ed Process

- Follow the CDC and HHS approval process above.
- Once approved by CDC and HHS,  (b)(5)
    - (b)(5)
    - (b)(5); (b)(6)
    - Attach the op-ed and provide this information in your email:
        - Topic:
        - Byline:
        - Target Audience:
        - Target Outlet:
        - Driver:
        - Three Key Messages:

###