# EXHIBIT 2

**From:**     Shockey, Caitlin E. (CDC/DDID/NCEZID/DGMQ)
**Sent:**      26 Feb 2020 02:20:37 +0000
**To:**         Cetron, Marty (CDC/DDID/NCEZID/DGMQ)
**Subject:**   RE: (b)(5)

(b)(5)

Cate

**From:** Cetron, Marty (CDC/DDID/NCEZID/DGMQ) <mzc4@cdc.gov>
**Sent:** Tuesday, February 25, 2020 9:18 PM
**To:** Shockey, Caitlin E. (CDC/DDID/NCEZID/DGMQ) <gqw6@cdc.gov>
**Subject:** Re (b)(5)

(b)(5)

Get Outlook for iOS

**From:** Shockey, Caitlin E. (CDC/DDID/NCEZID/DGMQ) <gqw6@cdc.gov>
**Sent:** Tuesday, February 25, 2020 9:17:28 PM
**To:** Cetron, Marty (CDC/DDID/NCEZID/DGMQ) <mzc4@cdc.gov>
**Subject:** RE: Centralized Communications

(b)(5)

You have an interview with Five Thirty Eight (science reporter) about quarantine tomorrow.  I'll try to get it cleared, otherwise we can cancel.

Cate

**From:** Cetron, Marty (CDC/DDID/NCEZID/DGMQ) <mzc4@cdc.gov>
**Sent:** Tuesday, February 25, 2020 9:04 PM
**To:** Shockey, Caitlin E. (CDC/DDID/NCEZID/DGMQ) <gqw6@cdc.gov>
**Subject:** Fwd: (b)(5)

Fuss

(b)(5)