# EXHIBIT 3

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** 15 May 2020 19:31:01 +0000
**To:** Lemar, Naweed (OS/ASPA);Robinson, Michael J (HHS/ASPA);Myrie, Simone (OS/ASPA);Bradley, Tasha (OS/ASPA);Formoso, Paula (HHS/ASPA);Daniels, Carla (HHS/ASPA);Felberbaum, Michael (FDA/OC);Caccomo, Stephanie (FDA/OC);Block, Molly (FDA/OC);Galatas, Kate (CDC/OD/OADC);Bonds, Michelle E. (CDC/OD/OADC);Oury, Rachael (CDC/OD);Billet, Courtney (NIH/NIAID) [E];Routh, Jennifer (NIH/NIAID) [E];Burklow, John (NIH/OD) [E];Myles, Renate (NIH/OD) [E];Michael, Gretchen (OS/ASPR/OEA);Kane, Elleen (OS/ASPR/OEA);Danko, Carol (OS/ASPR/IO);Heck, Mia (HHS/OASH);Broido, Tara (HHS/OASH);Sherman, Jennifer (HHS/OASH)
**Cc:** Blakeman, Scott (OS/ASPA);Brennan, Patrick (OS/ASPA);Caputo, Michael (HHS/ASPA);Foster, Timothy (OS/ASPA);Hall, Bill (HHS/ASPA);McKeogh, Katherine (OS/ASPA);Oakley, Caitlin B. (OS/ASPA);Pratt, Michael (OS/ASPA);Traverse, Brad (HHS/ASPA);Weber, Mark (HHS/ASPA)
**Subject:** UPDATED: for clearances

Hey Folks – I hope everyone is having a good Friday afternoon. I wanted to send a quick update on the process here. (b)(5)

(b)(5)

Thanks,
Ryan

(b)(5)

(b)(5)

---

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 3:21 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael (Gretchen.Michael@hhs.gov) <Gretchen.Michael@hhs.gov>; Elleen Kane (OS/ASPR/OEA) (Elleen.Kane@hhs.gov) <Elleen.Kane@hhs.gov>; Danko, Carol (OS/ASPR/IO) <Carol.Danko@hhs.gov>; Mia Heck (HHS/OASH) (Mia.Heck@hhs.gov) <Mia.Heck@hhs.gov>; Tara Broido (Tara.Broido@hhs.gov) <Tara.Broido@hhs.gov>; Jennifer Sherman (HHS/OASH) (Jennifer.Sherman@hhs.gov) <Jennifer.Sherman@hhs.gov>
**Cc:** Blakeman, Scott (OS/ASPA) <Scott.Blakeman@hhs.gov>; Brennan, Patrick (OS/ASPA) <Patrick.Brennan@hhs.gov>; Caputo, Michael (HHS/ASPA) <Michael.Caputo@hhs.gov>; Foster, Timothy (OS/ASPA) <Timothy.Foster@hhs.gov>; Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>; McKeogh, Katherine (OS/ASPA) <Katherine.McKeogh@hhs.gov>; Oakley, Caitlin B. (OS/ASPA) <Caitlin.Oakley@HHS.GOV>; Pratt, Michael (OS/ASPA) <Michael.Pratt@hhs.gov>; Traverse, Brad (HHS/ASPA) <Brad.Traverse@hhs.gov>; Weber, Mark (HHS/ASPA) <Mark.Weber@hhs.gov>
**Subject:** RE: for clearances

Just a quick follow-up here to clarify on this: there's not been a change in the COVID-19 clearance process. Stuff still needs to be flagged for ASPA and/or approved by ASPA

(b)(5)

---

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 12:42 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael

(Gretchen.Michael@hhs.gov) <Gretchen.Michael@hhs.gov>; Elleen Kane (OS/ASPR/OEA) (Elleen.Kane@hhs.gov) <Elleen.Kane@hhs.gov>; Danko, Carol (OS/ASPR/IO) <Carol.Danko@hhs.gov>; Mia Heck (HHS/OASH) (Mia.Heck@hhs.gov) <Mia.Heck@hhs.gov>; Tara Broido (Tara.Broido@hhs.gov) <Tara.Broido@hhs.gov>; Jennifer Sherman (HHS/OASH) (Jennifer.Sherman@hhs.gov) <Jennifer.Sherman@hhs.gov>
**Cc:** Blakeman, Scott (OS/ASPA) <Scott.Blakeman@hhs.gov>; Brennan, Patrick (OS/ASPA) <Patrick.Brennan@hhs.gov>; Caputo, Michael (HHS/ASPA) <Michael.Caputo@hhs.gov>; Foster, Timothy (OS/ASPA) <Timothy.Foster@hhs.gov>; Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>; McKeogh, Katherine (OS/ASPA) <Katherine.McKeogh@hhs.gov>; Oakley, Caitlin B. (OS/ASPA) <Caitlin.Oakley@HHS.GOV>; Pratt, Michael (OS/ASPA) <Michael.Pratt@hhs.gov>; Traverse, Brad (HHS/ASPA) <Brad.Traverse@hhs.gov>; Weber, Mark (HHS/ASPA) <Mark.Weber@hhs.gov>
**Subject:** for clearances

Hey Folks – (b)(5)

(b)(5)