# EXHIBIT 4

**From:** Caputo, Michael (HHS/ASPA)
**Sent:** 22 May 2020 15:19:40 +0000
**To:** Caputo, Michael (HHS/ASPA);Ryan.Murphy@hhs.gov;Hensley, Gordon (HHS/ASPA);Traverse, Brad (HHS/ASPA);Weber, Mark (HHS/ASPA);Hall, Bill (HHS/ASPA);Pratt, Michael (OS/ASPA);Hutchinson, Kim (HHS/ASPA);Palosky, Stacey (OS/ASPA);Wilker, Michael (HHS/ASPA);Oakley, Caitlin B. (OS/ASPA);Gaylord, Brandon (OS/ASPA);Thorman, Caroline (ACF);Wolfe, Kenneth (ACF);Leonardo, Samantha-Ashley (ACF);Phillips, Christine (ACL);Holland, Howard (AHRQ/OC);Heldman, Amy B. (CDC/OD/OADC);Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate (CDC/OD/OADC);Lepore, Loretta (CDC/OD/OCS);Corry, Thomas (CMS/OA);Ceballos, Kelly L. (CMS/OC);Fetalvo, Ninio (CMS/OC);Howden, Catherine (CMS/OC);Wallace, Mary H. (CMS/OC);Lynch, Sarah (FDA/OC);Caliguiri, Laura (FDA/OC);Rebello, Heidi (FDA/OC);Peddicord, Sarah (FDA/OC);Stark, Angela (FDA/CDER);Rabin, Tara G. (FDA/OC);Kimberly, Brad (FDA/OC);Choi, Christy (HRSA);Kramer, Martin (HRSA);Olague, Richard (HRSA);Buschick, Jennifer (IHS/HQ);Barnett, Joshua (IHS/HQ);Burklow, John (NIH/OD) [E];Myles, Renate (NIH/OD) [E];Fine, Amanda (NIH/OD) [E];Prince, Scott (NIH/OD) [E];Aspiazu, Coqui (SAMHSA/OC);Garrett, Christopher (SAMHSA/OC);Snow, Catherine (OS/Partnership Center);Schaeffer, Alison (HHS/OS/OGA);Heck, Mia (HHS/OASH);Broido, Tara (HHS/OASH);Sherman, Jennifer (HHS/OASH);Migliaccio-Grabill, Kate (HHS/OASH);Michael, Gretchen (OS/ASPR/OEA);Kane, Elleen (OS/ASPR/OEA);Waters, Cicely (OS/ASPR/OEA);Seeger, Rachel (HHS/OCR);Grossu, Arina (HHS/OCR) (CTR);Tennery, Michele (HHS/OCR) (CTR);Williams, Tesia D (OIG/IO);Caplan, Zhan (OS/ONC);Ashkenaz, Peter (OS/ONC);Yates, Erick (OS/ASA);Flanders, Bobby (OS/ASA/OCIO);Shelton, Carrie A (HHS/OS/OMHA);O'Connor, Alejandra (OS/OMHA);Bannister, Kimberly (OS/ONS);Scott, Katherine (OS/DAB);Leblanc, Kourtney (OS/DAB) (CTR);Billet, Courtney (NIH/NIAID) [E];Alexander, Paul (HHS/ASPA) (VOL)
**Cc:** OS - ASPA
**Subject:** Moving forward together

Dear HHS Communications Colleagues:

Thanks for joining the video conference call Tuesday afternoon. I appreciate all your insider tips. In particular, I heard a lot about tapping the resources available, including expertise and communications channels.

I hit the ground running here and don't have time to reinvent the wheel. At the same time, I don't think we are achieving our potential. I am amazed and proud of the achievements of HHS staff and programs I learn about on a daily basis. But, these achievements are not what I see consistently in the news, on social media or hear in hallway chatter.

I want to take advantage of your expertise and explore opportunities for reaching the American public with information they can use to make informed decisions about their health and wellness. But first I need your help reinstating long established best practices.

Beginning Tuesday, May 26th, all HHS operating and staff division media inquiries and press materials (e.g. news releases, talking points, etc.) must be passed solely to ASPA for clearance. There is no longer a need to submit your incoming press opportunities or press materials anywhere else. ASPA is committed to clearing these quickly. (b)(5)

You can do this as usual by emailing your clearance request in standard form to the OS-Interviews inbox (interviews@hhs.gov) for press opportunities and the OS-Releases inbox (releases@hhs.gov) for press materials.

I introduced Brad Traverse and Gordon Hensley on the video call. Brad, as we discussed, is your focused point of contact in ASPA for all clearance issues and Gordon will work with you to increase the flow and

tenor of vital active media outreach. They will reach out to you soon to get a better understanding of your operations and how we can work together to advance the HHS mission. Dr. Paul Alexander, who was not on the call, has also joined the ASPA team as a senior policy advisor. He has and will continue to engage a number of you on specific scientific and medical inquiries.

I look forward to working with you and your communications teams more closely and rapidly. I hope to schedule a visit for me to your offices when time and government operating status permits. Thank you again for your commitment to our department and the American people.

Sincerely,

Michael R. Caputo
Assistant Secretary for Public Affairs
US Department of Health and Human Services
(b)(6)

PS: Please see the attached messaging document laying out the core facts behind the Secretary's important "Health v Health" public outreach - messages we need all divisions to resonate when appropriate. The Secretary published an oped in the Washington Post today which drives this, and we hope you'll share this widely.