EXHIBIT 6

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

Page 18

(b)(5)

(b)(5)

(b)(5)