# EXHIBIT 7

**From:**        Sokler, Lynn (CDC/OD/OADC)
**Sent:**         13 Mar 2020 17:59:26 +0000
**To:**           Daniel, Katherine Lyon (CDC/DDPHSIS/OD)
**Cc:**           Gaines-McCollom, Molly (CDC/OD/OADC);Sokler, Lynn (CDC/OD/OADC)
**Subject:**      RE: CDC Comms and Media Strategy
**Attachments:**  CDC_Comms and Media Strategy for COVID-19_3-13-20_LS.docx

Hi, did another pass at this. [(b)(5)]
[(b)(5)] After this, what
are your next steps?
Thanks, Lynn

---

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Friday, March 13, 2020 9:49 AM
**To:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>; Daniel, Katherine Lyon
(CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Cc:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Wait, let me do another pass at this  - hope this afternoon. Thanks, Lynn

---

**From:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Sent:** Friday, March 13, 2020 9:40 AM
**To:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>; Sokler, Lynn (CDC/OD/OADC)
<zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Here you go!

---

**From:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Sent:** Friday, March 13, 2020 9:38 AM
**To:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>; Gaines-McCollom, Molly (CDC/OD/OADC)
<iwg9@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Can you join the call now?

---

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Friday, March 13, 2020 9:37 AM
**To:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Cc:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>; Sokler, Lynn (CDC/OD/OADC)
<zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Good, [(b)(5)]

Katherine – what are next steps?.

**From:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Sent:** Friday, March 13, 2020 9:32 AM
**To:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Cc:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Subject:** CDC Comms and Media Strategy

Lynn – ready for you. (b)(5)                           I recommend (b)(5)
(b)(5)

See what you think.

**Molly Gaines-McCollom, PhD, MPH**
Office of the Associate Director for Communication
Centers for Disease Control and Prevention
404.639.5061 work / 404.769.7956 cell
MGainesMcCollom@cdc.gov

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)