# EXHIBIT 8

**From:** Olivares, Dagny (CDC/DDPHSIS/CPR/DEO)
**Sent:** 24 Feb 2020 21:49:37 +0000
**To:** Bonds, Michelle E. (CDC/OD/OADC)
**Cc:** Burns, Erin (CDC/DDID/NCIRD/ID);CDC IMS JIC OADC LNO -2;CDC IMS JIC Lead -2
**Subject:** Updated Comm & Media Strategy (for ASPA)
**Attachments:** CDC_Comms and Media Strategy for COVID-19_022420.docx
**Importance:** High

Michelle, we have a request to provide our Comm & Media Strategy to ASPA this afternoon. The attached document resolves all the comments we received during the review process. You requested to review it after that before we finalize the document (and share with ASPA).

Would it be possible for you to review in the next hour and either send it back to us to make any changes, send it back to us to send to ASAP, or send it on to ASPA yourself?

Thank you,
Dagny

**Dagny E. P. Olivares**
**Joint Information Center (JIC) Co-Lead**
**Coronavirus Disease 2019 (COVID-19) Response**
**404-271-3054**
eocjiclead2@cdc.gov

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

DRAFT

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5) Page 425

(b)(5)

Page 426

(b)(5)

(b)(5)

(b)(5)