# EXHIBIT 10

**From:**       Daniel, Katherine Lyon (CDC/DDPHSIS/OD)
**Sent:**        11 Mar 2020 13:24:36 +0000
**To:**          Sokler, Lynn (CDC/OD/OADC);Gaines-McCollom, Molly (CDC/OD/OADC)
**Cc:**          Mitchell, Jennifer R. (CDC/OD/OADC)
**Subject:**     RE: COVID Communication and Media Strategy Plan
**Attachments:** CDC_Comms and Media Strategy for COVID-19_3-5-20-mgm_LS KLD.docx

Here is the next version.  I edited in everything except the table, which we had discussed yesterday.
I would like to take another stab at cutting it back but first need some of my overall
comments/questions addressed about how necessary some of these main sections are.
Still very duplicative but I got as far as I could this morning.  Also, seems that Dagny/Sara B were also
working on this document, should we bring them in too?
KLDF

---

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Monday, March 9, 2020 5:37 PM
**To:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Cc:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>; Gaines-McCollom, Molly (CDC/OD/OADC)
<iwg9@cdc.gov>
**Subject:** COVID Communication and Media Strategy Plan

Katherine,
Please see our comments and edits attached.
Thanks, Lynn

**Lynn A. Sokler**|Senior Communication Advisor|Office of the Director|Office of the Associate Director
for Communication| Centers for Disease Control and Prevention|Mailing: 1600 Clifton Road MS-E-69|
Atlanta, GA 30329| zsz0@cdc.gov| office 404-498-6617 |bus. cell 404-409-5556|fx 404-498-0945



PROTECTING AMERICA'S SAFETY, HEALTH, AND SECURITY

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

Case 1:20-cv-02761-AT   Document 40-10   Filed 09/18/20   Page 13 of 23

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

Page 370

(b)(5)

Page 371

(b)(5)

Page 372

(b)(5)

(b)(5)

Page 374

(b)(5)

(b)(5)