EXHIBIT 12

**From:**        Olivares, Dagny (CDC/DDPHSIS/CPR/DEO)
**Sent:**        8 Feb 2020 00:32:37 +0000
**To:**          CDC IMS JIC Lead -2;Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate
(CDC/OD/OADC);Heldman, Amy B. (CDC/OD/OADC);Bedrosian, Sara (CDC/OD/OADC);Haynes, Benjamin
(CDC/OD/OADC);Burns, Erin (CDC/DDID/NCIRD/ID);LaPorte, Kathleen (CDC/DDID/NCIRD/ID);Jiles, Angela
(CDC/DDID/NCIRD/DBD);Lubell, Keri M. (CDC/DDPHSIS/CPR/DEO);Briseno, Lisa
(CDC/DDPHSIS/CPR/DEO);Khan, Ibad (CDC/DDPHSIS/CPR/DEO);Jordan, Douglas E.
(CDC/DDID/NCIRD/ID);Schindelar, Jessica (CDC/DDID/NCEZID/DHQP);Shockey, Caitlin E.
(CDC/DDID/NCEZID/DGMQ);Hansen, Donda L. (CDC/DDPHSIS/CGH/OD);Nordlund, Kristen
(CDC/DDID/NCIRD/OD);Marshall, Maureen (CDC/DDID/NCIRD/OD);Brown, Allyson
(CDC/DDPHSIS/CPR/DSLR);Allen, Elizabeth (CDC/DDID/NCEZID/DPEI);Sokler, Lynn
(CDC/OD/OADC);Gaines-McCollom, Molly (CDC/OD/OADC);Horvath, Jennifer R.
(CDC/DDPHSIS/CPR/DSAT);Ward-Cameron, Conne (CDC/OCOO/OCIO)
**Cc:**          CDC IMS JIC Emergency Clearance-2;CDC IMS JIC Triage -2
**Subject:**     RE: 2019-nCov Response Communication Strategy Group
**Attachments:** DRAFT Comms and Media Strategy for n-Cov_012320.docx

Thank you for attending the initial Communication Strategy Group meeting. Attached please find the
DRAFT Communication and Media Strategy for the 2019-nCoV response.

Please note: the attachment includes updates to the version that was distributed in the room, including

(b)(5)

As discussed in the meeting, we are requesting your input and recommendations, which we will use to
finalize the first iteration of this strategy document. Remember we don't want to get too detailed here
as this is intended to be a high-level, overarching plan for our response (i.e., this is the globe, not a
street map).

Please return your comments to the JIC Lead functional box (eocjiclead2@cdc.gov) by **5:00 pm, Friday,
February 14**. We will incorporate them and distribute a revised document.

Thank you,
Dagny on behalf of the JIC Leadership Team

-----Original Appointment-----
**From:** CDC IMS JIC Lead -2 <eocjiclead2@cdc.gov>
**Sent:** Wednesday, February 5, 2020 5:24 PM
**To:** CDC IMS JIC Lead -2; Bonds, Michelle E. (CDC/OD/OADC); Galatas, Kate (CDC/OD/OADC); Heldman,
Amy B. (CDC/OD/OADC); Bedrosian, Sara (CDC/OD/OADC); Haynes, Benjamin (CDC/OD/OADC); Burns,
Erin (CDC/DDID/NCIRD/ID); LaPorte, Kathleen (CDC/DDID/NCIRD/ID); Jiles, Angela
(CDC/DDID/NCIRD/DBD); Olivares, Dagny (CDC/DDPHSIS/CPR/DEO); Lubell, Keri M.
(CDC/DDPHSIS/CPR/DEO); Briseno, Lisa (CDC/DDPHSIS/CPR/DEO); Khan, Ibad (CDC/DDPHSIS/CPR/DEO);
Jordan, Douglas E. (CDC/DDID/NCIRD/ID); Schindelar, Jessica (CDC/DDID/NCEZID/DHQP); Shockey,
Caitlin E. (CDC/DDID/NCEZID/DGMQ); Hansen, Donda L. (CDC/DDPHSIS/CGH/OD); Nordlund, Kristen
(CDC/DDID/NCIRD/OD); Marshall, Maureen (CDC/DDID/NCIRD/OD); Brown, Allyson
(CDC/DDPHSIS/CPR/DSLR); Allen, Elizabeth (CDC/DDID/NCEZID/DPEI); Sokler, Lynn (CDC/OD/OADC);
Gaines-McCollom, Molly (CDC/OD/OADC); Horvath, Jennifer R. (CDC/DDPHSIS/CPR/DSAT); Ward-
Cameron, Conne (CDC/OCOO/OCIO)

**Cc:** CDC IMS JIC Emergency Clearance-2; CDC IMS JIC Triage -2
**Subject:** 2019-nCov Response Communication Strategy Group
**When:** Friday, February 7, 2020 3:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Building 21, Room 11116 (or conference line)

Please join us for the initial communication strategy group meeting for the 2019-nCoV response. Please note: for this meeting, we are inviting Task Force communication leads, JIC team leads, and key OADC staff by name (not functional box). If you are unable to attend this week's meeting, please designate an alternate attendee and let us know who that is so we can invite that individual.

**JIC Conference Line (2019-nCoV)**

Toll Free: (b)(6)

International: (b)(6)

Passcode: (b)(6)


Thank you,
2019-nCov JIC Leadership Team
eocjiclead2@cdc.gov

# DRAFT CDC Communication and Media Strategy for 2019 Novel Coronavirus Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)