# EXHIBIT 13

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

**From:**        Scott, Ardeana R. (CDC/DDID/NCIRD/OD) (CTR) on behalf of Posner, Sam
(CDC/DDID/NCIRD/OD)
**Sent:**        16 Mar 2020 14:59:51 +0000
**To:**          CDC DDID NCIRD *All
**Subject:**     Social Media and New Media - Reminder of Policies

Dear NCIRD Colleagues,

I wanted to remind everyone of the policies surrounding news media requests, as well as social media
use. Please take a minute to review the information below and the recommended actions steps.

**News Media Inquiries**

We are aware of heightened interest and activity surrounding COVID-19. Should you receive an inquiry
concerning COVID-19, regardless if you know the source or if it is unsolicited, please forward these
inquiries to the CDC News Media Branch at media@cdc.gov   .  The News Media Branch will coordinate
with the COVID-19 response to determine how inquires will be addressed.

For routine news media inquiries, please be sure to follow CDC news media policy. Typically, that
involves contacting your Health Communication Lead or Office. They in turn coordinate with the Public
Affairs staff within NCIRD HSCO and the Office of the Associate Director for Communication, News
Media Branch.

**Guidelines for Personal Employee Participation in Social Media**

Employee participation in social media may be governed by laws and regulations concerning employees'
outside activities. If the activity is related to the employee's work or the mission of the agency, the
employee should consult his or her supervisor or the CDC Office of the General Counsel (OGC) Ethics
Program if the employee has any concern that the activity may fall under the purview of the Ethics
Regulations or HHS Supplemental Ethics regulations. See Quick Facts About Outside Activities

Employees are encouraged to carefully consider the content of their posts and comments in social
media spaces, as most may be retained by the third-party vendor indefinitely. Employees may discuss
their posts and comments with their supervisor for advice and guidance, if they choose. However,
employees ultimately have sole responsibility for anything they post online. Employees who discuss
influential scientific information and identify themselves by name online must make it clear that the
opinions they express are their own and do not reflect the official position of CDC in any way on any
topic

For more information, see CDC's Social Media Policy.

**COVID-19 Information**

Many friends, families, grantees, partners and others may be asking about or commenting on the
COVID-19 situation.  Please remind them that updated information can be found on CDC's main  COVID-
19 site.

Thank you

**Samuel F. Posner, PhD**
Deputy Director for Science (Acting)
National Center for Immunization and Respiratory Diseases
Centers for Disease Control and Prevention

(770) 488 6398 (ph)   shp5@cdc.gov
(404) 641 2118 (Mobile)



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention

CDC has Issued a Revised Operational Policy
**"CDC Media Relations Policy: Release of Information to News Media"**

1. **Summary of Policy:**

   This policy provides direction for releasing information to the news media at the Centers for Disease Control and Prevention (CDC).

2. **Reason for Revision:**

   This policy issuance clarifies the procedures for Freedom of Information Act (FOIA) coordination and clearance; updates information on the coordinated release of statistical press releases and CDC's emergency response coordination; and revises the policy format, organizational nomenclature, references, and uniform resource locators (URL).

3. **Related Issuances:**

   None

4. **Responsible Organization:**

   Office of the Associate Director for Communications (OADC)

5. **Material Superseded:**

   None

6. **Recertification:**

   This policy is scheduled for recertification on or before the last working day of September 2024.

7. **Points of Contact:**

   Kathy Harben, OADC, 404-639-7277, or Tonya R. Johnson, SBI, 770-488-4771

8. To go directly to the Policy, enter the following URL into the location line of your browser:
   https://sbi.cdc.gov/Policy/Doc/policy540.pdf

   /s/ Sherri A. Berger, MSPH
   Chief Operating Officer

**References to CDC also apply to the Agency for Toxic Substances and Disease Registry (ATSDR).

**Category:** Communications Management
**Policy #:** CDC-CM-2009-01
**Date of Issue:** 02/19/2009 Updated: 03/16/2009[1], Updated: 03/8/2011[2], Updated 09-03-19[3]
**Proponent:** CDC Office of the Associate Director for Communication
**Application:** All CDC Locations, Domestic and International
**Applicable Staff:** CDC Employees and Non-Employees

## CDC MEDIA RELATIONS POLICY:
## RELEASE OF INFORMATION TO NEWS MEDIA

Sections:

1. **PURPOSE AND SCOPE**
2. **BACKGROUND**
3. **POLICY**
4. **RESPONSIBILITIES**
5. **REFERENCES**
6. **ABBREVIATIONS AND ACRONYMS**
7. **DEFINITIONS**

## 1. PURPOSE AND SCOPE

This policy provides direction for releasing information to the news media at the Centers for Disease Control and Prevention (CDC).[4]

This policy applies to all CDC employees[5] and non-employees[6] at all locations, domestic and international and to all Centers, Institute, and Offices (CIOs), Staff Offices, and Business Services Offices, which are hereafter called "CDC Components"[7] unless otherwise noted.

This policy does not cover employees and non-employees speaking as members of a labor union or other non-CDC organizations. In the event of any conflict between this policy and any other media-related CDC policy or directive, this policy takes precedence.

The Clearance of Information Products Disseminated for Public Use Policy provides direction on the requirements used to clear the release of scientific or technical reports and articles and technical information for professional journals. The CDC Enterprise Social Media Policy provides direction on clearing social media content and events.

---

[1] Revised to provide supplemental guidance for NCHS statistical releases.
[2] Revised to conform to current organizational policy format.
[3] Revised to clarify procedures for FOIA coordination and clearance; update coordinated release of statistical press releases; update emergency response coordination; and update policy format, organizational nomenclature, references, and uniform resource locators (URL).
[4] References to CDC also apply to the Agency for Toxic Substances and Disease Registry (ATSDR).
[5] For the purposes of this policy, "employees" consists of members of the civil service, Commissioned Corps officers, and locally employed staff. For more information on this category, refer to "Employee Categories (Updated March 2017)," available at: http://intranet.cdc.gov/ocio/docs/systems-tools/Employee_Category_Definitions.pdf.
[6] For the purposes of this policy, "non-employees" are individuals who provide consistent services to CDC, maintain a regular presence on a CDC facility, or have been issued a physical or logical access credential and are funded by CDC-managed appropriations.  As used in this policy, non-employees includes groups of individuals such as guest researchers, contractors, Intergovernmental Personnel Act (IPA) personnel, or students. For more information on these categories, refer to "Non-Employee Categories (Updated March 2017)," available at: http://intranet.cdc.gov/ocio/docs/systems-tools/Non-Employee_Category_Definitions.pdf.
[7] More information on CDC organizational nomenclature is available at: https://sbi.cdc.gov/DOA/pdf/orgnom.pdf.

1

## 2.  BACKGROUND

CDC and ATSDR are scientific, technical agencies committed to a culture of openness with the media and public that values the free exchange of ideas, data, and information as part of scientific and technical inquiry. CDC strives to provide accurate and timely scientific and technical information about CDC programs and activities.

## 3.  POLICY

### A.  General Policy

CDC provides and disseminates information concerning its activities, science, programs, and recommendations to the news media who request public information regarding its programs and activities. CDC responds to these requests promptly and factually in accordance with applicable federal laws and regulations and directives and guidance from the Department of Health and Human Services' (HHS) Office of the Assistant Secretary for Public Affairs (OASPA).

The News Media Branch (NMB) within the Office of the Associate Director for Communication's (OADC) Division of Public Affairs (DPA) oversees and ensures the effective coordination between CDC's scientific, program, administrative, financial, and public affairs components to provide timely and accurate responses to media requests.

CDC employees must notify their immediate supervisor and coordinate with NMB personnel before speaking to the media or public about their work. CDC employees may speak to members of the media about their work as outlined in this policy, however, CDC employees are **not required** to speak to the media.

### B.  Code of Conduct for CDC Media Relations Employees

Federal employees must comply with the Standards of Ethical Conduct for Employees of the Executive Branch (5 C.F.R. §§ 2635.101- 902). Additionally, CDC's media relations employees must adhere to the following code of conduct:

- Be honest and accurate in all communications
- Honor embargoes
- Respond promptly to media requests and respect media deadlines
- Correct the record or any erroneous information promptly, when appropriate
- Promote the free flow of scientific and technical information
- Protect non-public information

### C.  Release of Information to the News Media

#### *General*

Major media-related activities and efforts are coordinated with the appropriate CDC component's Health Communications Science office and its Director or his or her designee, to ensure the scientific, technical, and programmatic accuracy of the information. The NMB conducts and coordinates the review and clearance required by the CDC Office of the Director (OD) or HHS OASPA, as necessary.

### *Press Releases and Media Material*

The NMB media relations officers coordinate the review and clearance of media-related activities, such as advisories, statements, press releases, talking points, and questions and answers, with the appropriate OADC and OASPA officials. NMB media relations officers also provide advance notification of press and media releases and obtain OADC and OASPA approval for work performed by contractors or other agencies to promote media coverage for CDC events or topics.

### *National Center for Health Statistics (NCHS) Statistical Press Releases*

NCHS generates purely statistical press releases in accordance with the Office of Management and Budget (OMB) Statistical Policy Directive No. 4 Addendum: Release and Dissemination of Statistical Products Produced by Federal Statistical Agencies.

Statistical releases require clearance if they contain policy-related quotes or non-statistical programmatic content. When they contain policy-related quotes or non-statistical programmatic content, they are coordinated and cleared using standard NMB procedures. As outlined in Directive No. 4, the NCHS Public Affairs Office coordinates the release of statistical press releases through the NMB and keeps NMB, HHS, and the public informed of the schedule of upcoming NCHS data releases.

### *Interviews*

The NMB serves as the clearance and coordination liaison between CDC's OD and the HHS OASPA to provide articulate, knowledgeable spokespersons who can best serve the needs of CDC and the public in response to media requests for interviews. The NMB recommends that a media relations officer be present during interviews to witness and document the content of the interview, support the interviewee, and provide post-interview follow-up, as necessary. CDC employees are **not required** to speak to the media. Journalists will only have access to CDC employees who agree to be interviewed.

The NMB Chief or his or her designee must approve CDC employees who serve as spokespersons addressing CDC policy and budget issues. Only full-time employees may speak to the media on behalf of CDC.

Media interviews conducted on behalf of CDC are on-the-record and attributed to the person speaking to the media representative. The CDC employee who provides material or information to the press must identify himself or herself as the source. Additionally, public information volunteered by a CDC official will not be considered exclusive to any one media source and will be made available to other sources, if requested.

Individuals speaking in an unofficial capacity are not required to clear interviews or written material with the NMB or other CDC entity. Section 3.D. of this policy outlines additional employee limitations.

The OADC, NMB, and the Office of Safety, Security, and Asset Management (OSSAM) must clear on-campus media interviews and visits as directed by the CDC-GA-2012-13 Photography, Videography, and Audio Recordings on CDC-Controlled Facilities policy.

### Interview Considerations for Non-Employees

Non-employees are not authorized to speak for CDC. However, non-employees who serve as presenters at public events, such as conferences or meetings may participate in interviews with the media about their presentation while on-site. Non-employees who participate in interviews as presenters must:

- Notify the NMB after an interview to allow for monitoring and follow-up
- Refer requests for interviews or media questions beyond the scope of their presentation or specific work to the appropriate CDC media relations staff

### Media Releases

The NMB, in coordination with CDC component Health Communication Science offices, must submit all print, electronic, public service announcements, and purchased media products intended for release to the media to HHS OASPA for approval.

### Organized Media Events

The NMB submits all CDC-sponsored or CDC-organized media events to the HHS OASPA for approval. The NMB coordinates clearance of CDC's participation in organized media events sponsored by other government entities, the private sector, or non-profit organizations before a CDC representative accepts an invitation.

### Letters-to-the-Editor and Opinion-Editorial Columns

The appropriate CDC component's Health Communication Science office clears, with the Component Director's approval, any letters-to-the-editor, opinion and editorial columns that represent an official CDC response, point of view, or an author's writing created as part of his or her official responsibilities. All of these materials must be cleared by CDC's OD and the HHS OASPA through the NMB.

### Broadcast Interviews

The appropriate CIO Health Communication Science Office coordinates and clears (ensuring the CIO director's approval) television, radio, and online interviews through NMB. NMB serves as the clearance and coordination liaison with CDC's OD and the HHS OASPA.

### Classified National Security Information[8]

The release of classified information in any form (e.g., documents, through interviews, audio, visual) to unauthorized individuals, including the news media, is prohibited and may be cause for prosecution or disciplinary action.

---

[8]**Classified National Security Information –** Established by Executive Order 13526, the Classified National Security Information program prescribes a uniform system for classifying, safeguarding, and declassifying national security information, including information relating to defense against transnational terrorism.

*Controlled Unclassified Information (CUI)*[9]

CDC OD must approve the release of any controlled unclassified information formerly known as "sensitive but unclassified" (SBU) material before NMB submits the CUI to HHS OASPA for approval and release to the media. The release of CUI released to unauthorized individuals, including the media, is prohibited and may be cause for prosecution or disciplinary action.

*Rollout Plans and Emergency Responses*

Rollout plans are brief, time-oriented communication plans used to coordinate CDC component messaging and notifications for a significant change in CDC guidance; a new CDC-authored publication that presents new science expected to get media attention; or another activity in which CDC has a stake.

All CDC press officers, CDC component Health Communication Science offices, and the CDC Joint Information Center (JIC) liaison officer (LNO) share responsibility in an emergency response scenario for rollout plans including media statements, press releases, talking points, and questions and answers. The NMB, with support from the JIC LNO, during an EOC activation, coordinates the clearance of rollout plans through the CDC OD and the HHS OASPA.

The NMB supports media relations for emergency responses in coordination with the media function of the JIC in the CDC Incident Management Structure.

*Freedom of Information Act (FOIA)*

When the NMB receives questions or requests for information or records that are not suitable for public disclosure, the NMB refers requestors to the CDC FOIA website for instructions on how to submit requests. Material that is exempt (i.e., may be withheld from release under FOIA) includes classified information, commercial or financial information, and personally identifiable information. Refer to CDC-GA-2002-02, "Freedom of Information Act Policy" for more information.

### D.  Employees Who Participate in Media Interviews as Private Citizens

CDC employees who provide their views as private citizens during media interviews must clearly state that the views they are expressing are their personal views and are not the views of CDC or HHS. They must ensure that media outlets do not identify them as a CDC or HHS representative. This also applies to employees who write letters-to-the-editor. Employees who author letters-to-the-editor must not use HHS or CDC letterhead or email addresses to express their personal views.

CDC employees who express their personal views are not subject to media relations clearance requirements. Expressions of personal or individual views to the media related to substance or outside activities are subject to the requirements set forth by the Office of Government Ethics' Standards of Ethical Conduct for Employees of the Executive Branch. For example, CDC

---

[9]**Controlled Unclassified Information** – Established by Executive Order 13556, the Controlled Unclassified Information (CUI) program standardizes the way the Executive branch handles unclassified information that requires safeguarding or dissemination controls pursuant to and consistent with law, regulations, and Government-wide policies.

employees who present personal or individual views cannot make references to their official title or position in connection with outside activities (5 C.F.R. § 2635.807). Employees also cannot use or disclose certain types of non-public information, as defined in 5 C.F.R. § 2635.703(b), which may include, but is not limited to trade secrets (18 U.S.C. § 1905) or records on individuals (5 U.S.C. § 552a). Violations of these provisions may result in disciplinary action.

## 4. RESPONSIBILITIES

### A. CDC Component Directors

- Ensure the technical, scientific, and programmatic accuracy of all information related to their respective programs that is released by CDC

### B. CDC Components

- Comply with HHS, OASPA, and CDC media relations directives, procedures, and guidance
- Ensure employees and non-employees refer all media requests to the NMB in a timely manner
- Coordinate with OADC/DPA/NMB in a timely manner regarding news media activities, requests, and materials that could generate media or public interest or inquiry

### C. CDC Office of the Associate Director for Communication (OADC), Division of Public Affairs (DPA)

- Establishes news media relations policies and priorities
- Oversees the review and performance of all news media relations activities at CDC
- Coordinates media-related activities with the HHS OASPA and works with OASPA to approve media releases, media activities, events, and materials, as needed
- Advises CIO Health Communication Science Offices, OD staff, and other CDC Components including other parts of OADC, as needed

### D. OADC, DPA, News Media Branch (NMB)

- Conducts news media relations activities for CDC, in conjunction with CDC Component press officers
- Coordinates the timely and efficient release of information to the news media
- Edits media material to ensure that it is well written and follows news media principles, practices, and expectations, without changing scientific or technical data or the meaning of programmatic content
- Submits materials to the HHS OASPA for approval within established time frame

### E. All CDC Component Public Affairs Specialists, Health Communication Specialists, and Associate Directors for Communication Science (Employees Who are Not Assigned to OADC/DPA/NMB)

- Comply with HHS, OASPA, and CDC media relations directives, procedures, and guidance

- Coordinate with OADC, DPA, or NMB in a timely manner regarding news media relations activities, requests, and materials that could generate media or public interest or inquiry

### F. All CDC Employees and Non-Employees

- Comply with HHS, OASPA and CDC media relations directives, procedures, and guidance
- Refer all media requests to the NMB
- Coordinate with OADC/DPA/NMB in a timely manner regarding news media activities, requests, and materials that could generate media or public interest or inquiry

## 5. REFERENCES

**A.** 5 C.F.R. §§ 2635.101-902 (2018) – Standards of Conduct for Employees of the Executive Branch.
**B.** CDC. CDC-GA-2011-01: *CDC Enterprise Social Media*, dated January 8, 2015, https://sbi.cdc.gov/Policy/Doc/policy566.pdf.
**C.** CDC. CDC-GA-2002-02: *Freedom of Information Act,* dated April 4, 2014, https://sbi.cdc.gov/Policy/Doc/policy18.pdf.
**D.** CDC. CDC-GA-2013-13: *Photography, Videography, and Audio Recordings on CDC-Controlled Facilities*, dated October 4, 2012, https://sbi.cdc.gov/Policy/Doc/policy466.pdf.
**E.** HHS. "Guidelines on the Provision of Information to the News Media", Office of the Assistant Secretary for Public Affairs," dated January 2017, https://www.hhs.gov/sites/default/files/media_policy.pdf.
**F.** U.S. Office of Management and Budget. Statistical Policy Directive No. 4 Addendum: "*Release and Dissemination of Statistical Products Produced by Federal Statistical Agencies and Recognized Statistical Units,*" dated October 17, 2016. https://www.federalregister.gov/documents/2016/10/17/2016-25049/statistical-policy-directive-no-4-addendum-release-and-dissemination-of-statistical-products.

## 6. ABBREVIATIONS AND ACRONYMS

**ADCS –** Associate Director for Communication Science
**C.F.R. –** Code of Federal Regulations
**CIO –** Centers/Institute/Offices
**CUI –** Controlled Unclassified Information
**DPA –** Division of Public Affairs
**FOIA –** Freedom of Information Act
**HHS –** Department of Health and Human Services
**JIC –** Joint Information Center
**LNO –** Liaison Officer
**NMB –** News Media Branch
**NCHS –** National Center for Health Statistics
**OADC –** Office of the Associate Director for Communication
**JIC LNO** – Joint Information Center Liaison Officer
**OASPA –** Office of the Assistant Secretary for Public Affairs
**OD –** Office of the Director
**OMB –** Office of Management and Budget

**SBU –** Sensitive but Unclassified
**U.S.C. –** United States Code

## 7. DEFINITIONS

**CDC Components –** Organizational entities of CDC that are comprised of CIOs, Staff Offices, and Business Services Offices, as outlined in Organizational Nomenclature Used in Delegations of Authority

**Clearance –** The process of obtaining approvals through CDC organizations by the appropriate CDC staff members, including the HHS, OASPA, if necessary, before information is released or provided to the media

**Embargo –** A request or requirement by a source that the information or news provided by that source is not published until a certain date or certain conditions have been met

**Exclusive –** Information or material provided solely to a particular media outlet, journalist, or publication

**Off-the-Record –** Information given to reporters for use with the understanding that the information will not be made public in any way, and will not to be taken to another source for confirmation

**On-the-Record –** The source or interviewee provides information to a reporter or member of the news media formally or publicly, with the knowledge that it may be recorded or disseminated and that the media can identify him or her

**News Media** – Organizations that present or provide news, information, and analysis to the public such as print media (e.g., newspapers and magazines); broadcast media (e.g., radio stations, television stations, television networks); and digital news media (e.g., news coverage on web sites and digital video broadcast channels)

**Public Information** – Information in any form provided to news and information media

**From:**          Rich, Michawn (CDC/OD)
**Sent:**          30 Apr 2020 18:09:12 +0000
**To:**          Oury, Rachael;Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate
(CDC/OD/OADC);Lepore, Loretta (CDC/OD/OCS)
**Subject:**        Rundown

DELIBERATIVE/PREDECISIONAL

All – below is a rundown of sorts that I put together for Rachael that may help her navigate the new
role. We can discuss on the call today.

**CDC Process**
Internal media inquiries and discussion:
- Send the press inquiries to:
  - CDC IMS JIC (Joint Information Center) Media -2 eocjicmedia2@cdc.gov
  - Ben Haynes fxq2@cdc.gov
  - Kristen Nordlund hok4@cdc.gov
  - Tom Skinner tws3@cdc.gov
  - Cc: Loretta Lepore phf7@cdc.gov
  - Cc: Michelle Bonds meb0@cdc.gov
  - Cc: Kate Galatas kkg2@cdc.gov
- Every interview **MUST** be audio recorded.
- You need to approve all interview requests (print, tv, radio, podcast, etc) **BEFORE** they go to HHS or
  OVP for approval.
  - Just because there are outstanding requests or folks keep getting asked to do a particular
    interview does not mean it has to be fulfilled – (b)(5)
    (b)(5)
  - **NOTE**: as a rule, do not send up requests that ask to do profile pieces – these are not
    allowed at the moment.
  - **NOTE**: as a rule, do not send up requests for Greta Van Sustern or anyone affiliated with
    Voice of America because of this: https://www.whitehouse.gov/articles/amid-a-pandemic-
    voice-of-america-spends-your-money-to-promote-foreign-propaganda/
For Dr. Redfield media
- Loretta Lepore oversees all of his media and Tom helps her.
- Paul Fulton kwf8@cdc.gov is in charge of booking most of his interviews.
- These are the outstanding interview requests that we have for Dr. Redfield (b)(5)
  (b)(5)
  - Larry O'Connor's Los Angeles Radio Show
  - AARP online interview
  - Current TV News
  - Magic 106.7 FM Radio in Boston, Mass
  - PBS Frontline in late May (this is a documentary piece and must be recorded closer to the air
    date).
- (b)(5)

- o After you confirm an interview send a document to Loretta and Paul with this information:
    - Time of interview
    - Outlet
    - Whether it is live or taped
    - How long the interview will be
    - Reporter conducting the interview
    - Booker contact
    - Producer contact (if you have it)
    - On site contact
    - Topics
    - Location of interview
    - Parking directions if necessary
    - Biography of reporter conducting interview
  - o **NOTE**: Dr. Redfield can do FOX News, FOX Business, NBC, or CNBC interviews from the Hall of States Satellite Studio in D.C.
  - o **NOTE**: Dr. Redfield can do other interviews from the HHS studio in D.C. if it is available – sometimes he can bump someone if he is higher up on the leadership board.
    - Email Michael Wilker Michael.Wilker@hhs.gov, Steven Hamberg shamberg@hhs.tv, Karen Foster kfoster@hhs.tv, Morgan Courbois mcourbois@hhs.tv, and Samuel Nix Samuel.Nix@hhs.gov to see if the studio is available.

For Dr. Schuchat and Dr. Butler media
- Ana Toro pvq1@cdc.gov is in charge of booking most of their interviews.
  - o This is the only outstanding request we haven't booked for Dr. Butler `(b)(5)` `(b)(5)` FOX 5 Good Day New York

**HHS Process**
- **NOTE**: The new HHS comms leadership wants to focus on local media.
  - o Send any good local media stories to Brad Traverse Brad.Traverse@hhs.gov
- All press materials (releases, statements, etc.) need to be submitted to releases@hhs.gov for clearance
- All media inquiries (requests for interviews, written responses to reporter questions, etc.) need to be submitted to interviews@hhs.gov. These include any incoming that may come through FEMA to the HHS team embedded there.
- HHS will triage the submissions to determine which ones require `(b)(5)` Certainly, if you have a recommendation on that when you submit, please share that as well. Likewise, if you are contacted directly by `(b)(5)` with a request for a media inquiry, create or approve a press material, etc., please be sure to loop in HHS, so they can maintain situational awareness.
- Cc: Ben, Michelle, Kate, Kristen, Loretta, and Tom on emails to HHS that seek approval on interviews, releases, op-eds, etc.

**OVP Process**

`(b)(6); (b)(5)`



**Daily FEMA Calls**

- You will receive a daily email from someone in the JIC at CDC (eocevent202@cdc.gov) with a rundown of press and events for the day around 9:30am. You can pull from that to report out on the daily 10:15am FEMA calls.
- You can also ask Loretta for Dr. Redfield's schedule to see if you can pull anything from that to report out on the FEMA call.
- Following each call, send your readout to Ben Haynes and Carrie Harmon qbj2@cdc.gov. They send it to HHS at the end of the day up to HHS with other CDC items.

**Op-ed Process**

- Follow the CDC and HHS approval process above.
- Once approved by CDC and HHS, 
  - o
  - o
  - o Attach the op-ed and provide this information in your email:
    - Topic:
    - Byline:
    - Target Audience:
    - Target Outlet:
    - Driver:
    - Three Key Messages:

###