# EXHIBIT 15

**From:**          Bedrosian, Sara (CDC/OD/OADC)
**Sent:**          25 Feb 2020 15:58:47 +0000
**To:**            Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate (CDC/OD/OADC)
**Cc:**            CDC IMS JIC OADC LNO -2;Patrick, Kera (CDC/OD/OADC);Dorigo, Leslie
(CDC/DDNID/NCIPC/DIP)
**Subject:**       FW: CDC Comm & Media Strategy
**Attachments:**   CDC_Comms and Media Strategy for COVID-19_022420.docx, Comms and
Media Strategy for Ebola_11.25.19_final.docx

Michelle and Kate,

Leslie and I checked, and there is no COVID-19 Comms Strategy scheduled for this week by the JIC. Leslie
and I will work on a proposed agenda with framing, and will send to you both later today. Then we can
take the next steps.

I have forwarded this email to you both with the version of the draft COVID-19 Comms/Media Strategy
that Dagny sent up to Bill yesterday with Michelle's approval. I have also attached the finalized and
ASPA-cleared Comms/Media Strategy for Ebola, as requested.

Sara

---

**From:** CDC IMS JIC OADC LNO -2 <eocevent202@cdc.gov>
**Sent:** Monday, February 24, 2020 5:45 PM
**To:** Bedrosian, Sara (CDC/OD/OADC) <eri7@cdc.gov>
**Subject:** FW: CDC Comm & Media Strategy

---

**From:** Olivares, Dagny (CDC/DDPHSIS/CPR/DEO)
**Sent:** Monday, February 24, 2020 5:44:56 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Hall, Bill (HHS/ASPA)
**Cc:** Bonds, Michelle E. (CDC/OD/OADC); Heldman, Amy B. (CDC/OD/OADC); Burns, Erin
(CDC/DDID/NCIRD/ID); Patrick, Kera (CDC/OD/OADC); CDC IMS JIC Lead -2; CDC IMS JIC OADC LNO -2
**Subject:** CDC Comm & Media Strategy

Bill,

As requested, attached please find the first iteration of the CDC Comm & Media Strategy. Please forgive
the lack of a table of contents; we just finalized this today and wanted to get it to you right away. We
will provide an updated copy with the ToC as soon as that is done.

Please let us know if we can answer any questions about the strategy document.

Dagny

**Dagny E. P. Olivares**
**Joint Information Center (JIC) Co-Lead**
**Coronavirus Disease 2019 (COVID-19) Response**

**404-271-3054**
eocjiclead2@cdc.gov

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

## Table of Contents

INSERT TABLE OF CONTENTS BEFORE FINALIZING DRAFT

Page 180

(b)(5)

(b)(5)

(b)(5)

Page 183

(b)(5)

(b)(5)

Page 185

(b)(5)

(b)(5)

Page 187

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)