# EXHIBIT 16

**From:** Bedrosian, Sara (CDC/OD/OADC)
**Sent:** 14 Feb 2020 18:54:41 +0000
**To:** Olivares, Dagny (CDC/DDPHSIS/CPR/DEO)
**Cc:** CDC IMS JIC Lead -2;Bonds, Michelle E. (CDC/OD/OADC);Galatas, Kate (CDC/OD/OADC);Heldman, Amy B. (CDC/OD/OADC);Bedrosian, Sara (CDC/OD/OADC);Haynes, Benjamin (CDC/OD/OADC);Burns, Erin (CDC/DDID/NCIRD/ID);LaPorte, Kathleen (CDC/DDID/NCIRD/ID);Jiles, Angela (CDC/DDID/NCIRD/DBD);Lubell, Keri M. (CDC/DDPHSIS/CPR/DEO);Briseno, Lisa (CDC/DDPHSIS/CPR/DEO);Khan, Ibad (CDC/DDPHSIS/CPR/DEO);Jordan, Douglas E. (CDC/DDID/NCIRD/ID);Schindelar, Jessica (CDC/DDID/NCEZID/DHQP);Shockey, Caitlin E. (CDC/DDID/NCEZID/DGMQ);Hansen, Donda L. (CDC/DDPHSIS/CGH/OD);Nordlund, Kristen (CDC/DDID/NCIRD/OD);Marshall, Maureen (CDC/DDID/NCIRD/OD);Brown, Allyson (CDC/DDPHSIS/CPR/DSLR);Allen, Elizabeth (CDC/DDID/NCEZID/DPEI);Sokler, Lynn (CDC/OD/OADC);Gaines-McCollom, Molly (CDC/OD/OADC);Horvath, Jennifer R. (CDC/DDPHSIS/CPR/DSAT);Ward-Cameron, Conne (CDC/OCOO/OCIO);CDC IMS JIC Emergency Clearance-2;CDC IMS JIC Triage -2;CDC IMS JIC OADC LNO -2;Galatas, Kate (CDC/OD/OADC);Crawford, Carol Y. (CDC/OD/OADC);Dempsey, Jay H. (CDC/OD/OADC);Williams, Carol (CDC/OD/OADC)
**Subject:** 2019-nCov Response Communication Strategy Group/due Friday, February 14 by 4 PM
**Attachments:** DRAFT Comms and Media Strategy for n-Cov_012320_srb_JHD -DKnight_2-14-2020.docx

Dagny,

Please see combined edits from OADC. We expect to clear a more final version once it is ready, and then with ASPA. These are our preliminary comments. Also, Carol Crawford may have some valuable additions once she returns next week.

Thanks for the opportunity to review this first draft.

Sara

*Sara Bedrosian*
Division of Public Affairs
Office of the Associate Director for Communication
Centers for Disease Control and Prevention
OADC Liaison to the 2019-nCoV Response: eocevent202@cdc.gov
Email: eri7@cdc.gov
Work phone: 404-639-0677
Work mobile: 404-316-6022
Mailstop: H21-11
Telework Days: Wednesday and Friday

| | |
|---|---|
| **From:** | Daniel, Katherine Lyon (CDC/DDPHSIS/OD) |
| **Sent:** | 11 Mar 2020 13:24:36 +0000 |
| **To:** | Sokler, Lynn (CDC/OD/OADC);Gaines-McCollom, Molly (CDC/OD/OADC) |
| **Cc:** | Mitchell, Jennifer R. (CDC/OD/OADC) |
| **Subject:** | RE: COVID Communication and Media Strategy Plan |
| **Attachments:** | CDC_Comms and Media Strategy for COVID-19_3-5-20-mgm_LS KLD.docx |

Here is the next version. I edited in everything except the table, which we had discussed yesterday. I would like to take another stab at cutting it back but first need some of my overall comments/questions addressed about how necessary some of these main sections are.
Still very duplicative but I got as far as I could this morning. Also, seems that Dagny/Sara B were also working on this document, should we bring them in too?
KLDF

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Monday, March 9, 2020 5:37 PM
**To:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Cc:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>; Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Subject:** COVID Communication and Media Strategy Plan

Katherine,
Please see our comments and edits attached.
Thanks, Lynn

**Lynn A. Sokler**|Senior Communication Advisor|Office of the Director|Office of the Associate Director for Communication| Centers for Disease Control and Prevention|Mailing: 1600 Clifton Road MS-E-69| Atlanta, GA 30329| zsz0@cdc.gov| office 404-498-6617 |bus. cell 404-409-5556|fx 404-498-0945



PROTECTING AMERICA'S SAFETY, HEALTH, AND SECURITY

**From:** Crawford, Carol Y. (CDC/OD/OADC)
**Sent:** 13 Mar 2020 16:56:18 +0000
**To:** Jorgensen, Cynthia (CDC/DDID/NCIRD/OD)
**Cc:** Galatas, Kate (CDC/OD/OADC);Bonds, Michelle E. (CDC/OD/OADC);Heldman, Amy B. (CDC/OD/OADC)
**Subject:** FW: Social Media and New Media - Reminder of Policies - DRAFT EMAIL

Cynthia – all heck breaking lose over here today. But Amy send her NMB edits below.

As far as social, I recommend [(b)(5)]

[(b)(5)]

Hope that helps enough.

-----------------------------------------------------------------

**From:** Galatas, Kate (CDC/OD/OADC) <kkg2@cdc.gov>
**Sent:** Friday, March 13, 2020 8:55 AM
**To:** Jorgensen, Cynthia (CDC/DDID/NCIRD/OD) <cxj4@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>
**Cc:** Heldman, Amy B. (CDC/OD/OADC) <evd4@cdc.gov>; Crawford, Carol Y. (CDC/OD/OADC) <cjy1@cdc.gov>
**Subject:** RE: Social Media and New Media - Reminder of Policies - DRAFT EMAIL

Adding Carol and Amy to this for their review ... we will circle back if we have recommended edits.
Take care,
Kate


Kate Galatas, MPH
Deputy Associate Director for Communication
Centers for Disease Control and Prevention
Office: 404-639-2064
Cell: 404-326-5892
Email: kkg2@cdc.gov



PROTECTING AMERICA'S SAFETY, HEALTH, AND SECURITY

---

**From:** Jorgensen, Cynthia (CDC/DDID/NCIRD/OD) <cxj4@cdc.gov>
**Sent:** Friday, March 13, 2020 8:48 AM
**To:** Galatas, Kate (CDC/OD/OADC) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC)

<meb0@cdc.gov>
**Subject:** FW: Social Media and New Media - Reminder of Policies - DRAFT EMAIL

Hi Michelle and Kate

NCIRD would like to send out this email – partly in response to [(b)(5)]
Could you please review and let me know if you are ok with it. Its been reviewed by NCIRD OD and several ADPs. Thanks

Cynthia

(b)(5)

### Social Media

(b)(5)

### News Media Inquiries

(b)(5)

### COVID-19

(b)(5)

(b)(5)

Thank you

**From:** Sokler, Lynn (CDC/OD/OADC)
**Sent:** 13 Mar 2020 17:59:26 +0000
**To:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD)
**Cc:** Gaines-McCollom, Molly (CDC/OD/OADC);Sokler, Lynn (CDC/OD/OADC)
**Subject:** RE: CDC Comms and Media Strategy
**Attachments:** CDC_Comms and Media Strategy for COVID-19_3-13-20_LS.docx

Hi, did another pass at this. (b)(5) (b)(5) After this, what are your next steps?
Thanks, Lynn

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Friday, March 13, 2020 9:49 AM
**To:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>; Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Cc:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy


**From:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Sent:** Friday, March 13, 2020 9:40 AM
**To:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>; Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Here you go!

**From:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Sent:** Friday, March 13, 2020 9:38 AM
**To:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>; Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Can you join the call now?

**From:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Sent:** Friday, March 13, 2020 9:37 AM
**To:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Cc:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>; Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Subject:** RE: CDC Comms and Media Strategy

Good, (b)(5)

Katherine – what are next steps?.

**From:** Gaines-McCollom, Molly (CDC/OD/OADC) <iwg9@cdc.gov>
**Sent:** Friday, March 13, 2020 9:32 AM
**To:** Sokler, Lynn (CDC/OD/OADC) <zsz0@cdc.gov>
**Cc:** Daniel, Katherine Lyon (CDC/DDPHSIS/OD) <kdl8@cdc.gov>
**Subject:** CDC Comms and Media Strategy

Lynn – ready for you! [(b)(5)] I recommend [(b)(5)] [(b)(5)]

See what you think.

**Molly Gaines-McCollom, PhD, MPH**
Office of the Associate Director for Communication
Centers for Disease Control and Prevention
404.639.5061 work / 404.769.7956 cell
MGainesMcCollom@cdc.gov