UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>                                      Plaintiff,<br><br>-against-<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION AND U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>                                      Defendants. | 20 Civ. 2761 (AT) |

## DECLARATION OF NATASHA W. TELEANU

Natasha W. Teleanu declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the office of Audrey Strauss, Acting United States Attorney for the Southern District of New York, attorney for defendants Centers for Disease Control and Prevention ("CDC") and U.S. Department of Health and Human Services, and I am the counsel of record in this matter. I make this declaration on the basis of personal knowledge to place certain information and a record before the Court in support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of the June 9, 2020 interim response letter from CDC to plaintiff Knight First Amendment Institute at Columbia University, which accompanied CDC's interim response.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 2, 2020
      New York, New York

                                            */s/ Natasha W. Teleanu*
                                            Natasha W. Teleanu
                                            Assistant United States Attorney