UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:20-cv-02761-AT |

**SUPPLEMENTAL DECLARATION OF JENNIFER PINSOF**

Pursuant to 28 U.S.C. § 1746, I, Jennifer Pinsof, declare and state as follows:

1.  I am an attorney at the Knight First Amendment Institute at Columbia University ("Knight Institute"). I have served in this role since August 24, 2020.

2.  I represent the plaintiff in this matter.

3.  I submit this declaration in further support of Plaintiff's Cross-Motion for Partial Summary Judgment.

4.  Attached hereto as Exhibit 1 is a true and correct copy of an email chain ending with a February 25, 2020 email sent by Dagny Olivares with the subject line "RE: CDC Comm & Media Strategy." Also included is an attachment to that email titled "DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response." The CDC released this record in Part 4, pages 89–106 of the July 6, 2020 production.

5.  Attached hereto as Exhibit 2 is a true and correct copy of an email chain ending with a May 15, 2020 email sent by Ryan Murphy with the subject line "UPDATED: for

1

clearances." It was released by the U.S. Department of Health and Human Services ("HHS") in response to a FOIA request by another organization, American Oversight. Plaintiff obtained this document on October 16, 2020.

6. Attached hereto as Exhibit 3 is a true and correct copy of a May 22, 2020 email sent by Michael Caputo with the subject line "Moving forward together." It was released by HHS in response to a FOIA request by another organization, American Oversight. Plaintiff obtained this document on October 16, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

 /s/ *Jennifer Pinsof*
Jennifer Pinsof
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive
New York, NY 10115
(646) 745-8500
jennifer.pinsof@knightcolumbia.org

*Counsel for the plaintiff*

October 16, 2020