# EXHIBIT 1

| | |
|---|---|
| From: | Olivares, Dagny (CDC/DDPHSIS/CPR/DEO) |
| Sent: | 25 Feb 2020 16:54:15 +0000 |
| To: | Hall, Bill (HHS/ASPA) |
| Cc: | Bonds, Michelle E. (CDC/OD/OADC);Heldman, Amy B. (CDC/OD/OADC);Burns, Erin (CDC/DDID/NCIRD/ID);Patrick, Kera (CDC/OD/OADC);CDC IMS JIC Lead -2;CDC IMS JIC OADC LNO -2 |
| Subject: | RE: CDC Comm & Media Strategy |
| Attachments: | CDC_Comms and Media Strategy for COVID-19_022420.docx |

Thank you, Bill. Attached is the version with ToC, if you need it.

---

**From:** Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>
**Sent:** Monday, February 24, 2020 7:40 PM
**To:** Olivares, Dagny (CDC/DDPHSIS/CPR/DEO) <dvp2@cdc.gov>
**Cc:** Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Heldman, Amy B. (CDC/OD/OADC) <evd4@cdc.gov>; Burns, Erin (CDC/DDID/NCIRD/ID) <eub5@cdc.gov>; Patrick, Kera (CDC/OD/OADC) <ihn7@cdc.gov>; CDC IMS JIC Lead -2 <eocjiclead2@cdc.gov>; CDC IMS JIC OADC LNO -2 <eocevent202@cdc.gov>
**Subject:** Re: CDC Comm & Media Strategy

Thanks Dagny. Let me review and then I'll loop back.   Bill

Sent from my iPhone

> On Feb 24, 2020, at 5:45 PM, Olivares, Dagny (CDC/DDPHSIS/CPR/DEO) <dvp2@cdc.gov> wrote:
>
> Bill,
>
> As requested, attached please find the first iteration of the CDC Comm & Media Strategy. Please forgive the lack of a table of contents; we just finalized this today and wanted to get it to you right away. We will provide an updated copy with the ToC as soon as that is done.
>
> Please let us know if we can answer any questions about the strategy document.
>
> Dagny
>
> **Dagny E. P. Olivares**
> **Joint Information Center (JIC) Co-Lead**
> **Coronavirus Disease 2019 (COVID-19) Response**
> **404-271-3054**
> eocjiclead2@cdc.gov
>
> <CDC_Comms and Media Strategy for COVID-19_022420.docx>

# DRAFT CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response

..........2
..........3
..........4
..........5
..........6
..........6
..........7
..........7
..........8
..........9

(b)(5)

(b)(5)

(b)(5)

Page 269
(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

(b)(5)

Page 277

(b)(5)

(b)(5)

(b)(5)

Page 280

(b)(5)

(b)(5)

Page 282

(b)(5)