# EXHIBIT 2

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** 15 May 2020 19:31:01 +0000
**To:** Lemar, Naweed (OS/ASPA);Robinson, Michael J (HHS/ASPA);Myrie, Simone (OS/ASPA);Bradley, Tasha (OS/ASPA);Formoso, Paula (HHS/ASPA);Daniels, Carla (HHS/ASPA);Felberbaum, Michael (FDA/OC);Caccomo, Stephanie (FDA/OC);Block, Molly (FDA/OC);Galatas, Kate (CDC/OD/OADC);Bonds, Michelle E. (CDC/OD/OADC);Oury, Rachael (CDC/OD);Billet, Courtney (NIH/NIAID) [E];Routh, Jennifer (NIH/NIAID) [E];Burklow, John (NIH/OD) [E];Myles, Renate (NIH/OD) [E];Michael, Gretchen (OS/ASPR/OEA);Kane, Elleen (OS/ASPR/OEA);Danko, Carol (OS/ASPR/IO);Heck, Mia (HHS/OASH);Broido, Tara (HHS/OASH);Sherman, Jennifer (HHS/OASH)
**Cc:** Blakeman, Scott (OS/ASPA);Brennan, Patrick (OS/ASPA);Caputo, Michael (HHS/ASPA);Foster, Timothy (OS/ASPA);Hall, Bill (HHS/ASPA);McKeogh, Katherine (OS/ASPA);Oakley, Caitlin B. (OS/ASPA);Pratt, Michael (OS/ASPA);Traverse, Brad (HHS/ASPA);Weber, Mark (HHS/ASPA)
**Subject:** UPDATED: for clearances

Hey Folks – I hope everyone is having a good Friday afternoon. I wanted to send a quick update on the process here. Below are updated lists of WH and OVP folks who need to be on the clearance emails you send up to the WH/OVP. Also, please make sure that you receive affirmative WH approval in addition to OVP approval before proceeding.

Appreciate everyone's assistance and great work. Please let me know if you've any questions.

Thanks,
  Ryan

**For material and print interview clearances –**
Devin O'Malley ((b)(6)            @ovp.eop.gov)
Katie Miller ((b)(6)            @ovp.eop.gov)
Hannah MacInnis ((b)(6)            @ovp.eop.gov)
Alyssa Farah ((b)(6)            @who.eop.gov)
Kayleigh Gilmartin ((b)(6)            @who.eop.gov)
Hogan Gidley ((b)(6)            @who.eop.gov)
Brittany Yanick ((b)(6)            @who.eop.gov)
Tori Syrek ((b)(6)            @who.eop.gov)
Judd Deere ((b)(6)            @who.eop.gov)

**For broadcast interview clearances –**
Devin O'Malley
Katie Miller
Hannah MacInnis
Alyssa Farah
Kayleigh Gilmartin
Hogan Gidley
Brittany Yanick
Tori Syrek


AMERICAN OVERSIGHT

Judd Deere
Alexa Henning ((b)(6) @who.eop.gov)
Roma Daravi ((b)(6) @who.eop.gov)
John Hortsman ((b)(6) @who.eop.gov)

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 3:21 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael (Gretchen.Michael@hhs.gov) <Gretchen.Michael@hhs.gov>; Elleen Kane (OS/ASPR/OEA) (Elleen.Kane@hhs.gov) <Elleen.Kane@hhs.gov>; Danko, Carol (OS/ASPR/IO) <Carol.Danko@hhs.gov>; Mia Heck (HHS/OASH) (Mia.Heck@hhs.gov) <Mia.Heck@hhs.gov>; Tara Broido (Tara.Broido@hhs.gov) <Tara.Broido@hhs.gov>; Jennifer Sherman (HHS/OASH) (Jennifer.Sherman@hhs.gov) <Jennifer.Sherman@hhs.gov>
**Cc:** Blakeman, Scott (OS/ASPA) <Scott.Blakeman@hhs.gov>; Brennan, Patrick (OS/ASPA) <Patrick.Brennan@hhs.gov>; Caputo, Michael (HHS/ASPA) <Michael.Caputo@hhs.gov>; Foster, Timothy (OS/ASPA) <Timothy.Foster@hhs.gov>; Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>; McKeogh, Katherine (OS/ASPA) <Katherine.McKeogh@hhs.gov>; Oakley, Caitlin B. (OS/ASPA) <Caitlin.Oakley@HHS.GOV>; Pratt, Michael (OS/ASPA) <Michael.Pratt@hhs.gov>; Traverse, Brad (HHS/ASPA) <Brad.Traverse@hhs.gov>; Weber, Mark (HHS/ASPA) <Mark.Weber@hhs.gov>
**Subject:** RE: for clearances

Just a quick follow-up here to clarify on this: there's not been a change in the COVID-19 clearance process. Stuff still needs to be flagged for ASPA and/or approved by ASPA before going up to WH/OVP. The email below was simply to update you all on who at WH/OVP will need to receive the clearance emails when they go up to WH/OVP. The processes we've been following remain in place. Please call with any questions.

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 12:42 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael



MULTI-HHS-20-0410-A-000002

(Gretchen.Michael@hhs.gov) <Gretchen.Michael@hhs.gov>; Elleen Kane (OS/ASPR/OEA) (Elleen.Kane@hhs.gov) <Elleen.Kane@hhs.gov>; Danko, Carol (OS/ASPR/IO) <Carol.Danko@hhs.gov>; Mia Heck (HHS/OASH) (Mia.Heck@hhs.gov) <Mia.Heck@hhs.gov>; Tara Broido (Tara.Broido@hhs.gov) <Tara.Broido@hhs.gov>; Jennifer Sherman (HHS/OASH) (Jennifer.Sherman@hhs.gov) <Jennifer.Sherman@hhs.gov>
**Cc:** Blakeman, Scott (OS/ASPA) <Scott.Blakeman@hhs.gov>; Brennan, Patrick (OS/ASPA) <Patrick.Brennan@hhs.gov>; Caputo, Michael (HHS/ASPA) <Michael.Caputo@hhs.gov>; Foster, Timothy (OS/ASPA) <Timothy.Foster@hhs.gov>;Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>; McKeogh, Katherine (OS/ASPA) <Katherine.McKeogh@hhs.gov>; Oakley, Caitlin B. (OS/ASPA) <Caitlin.Oakley@HHS.GOV>; Pratt, Michael (OS/ASPA) <Michael.Pratt@hhs.gov>; Traverse, Brad (HHS/ASPA) <Brad.Traverse@hhs.gov>; Weber, Mark (HHS/ASPA) <Mark.Weber@hhs.gov>
**Subject:** for clearances

Hey Folks – we thought it might be helpful to send an update to what folks at WH/OVP should receive clearance emails. Below reflects our understanding of who has been routinely receiving clearance items and/or who WH/OVP has often added to a chain for review. I've bucketed the lists below. Please let me know if you have any questions.
- Ryan

**For material and print interview clearances –**
Devin O'Malley ((b)(6) @ovp.eop.gov)
Katie Miller ((b)(6) @ovp.eop.gov)
Hannah MacInnis ((b)(6) @ovp.eop.gov)
Meghan Burris ((b)(6) @who.eop.gov)
Brittany Yanick ((b)(6) @who.eop.gov)
Tori Syrek ((b)(6) @who.eop.gov)
Judd Deere ((b)(6) @who.eop.gov)

**For broadcast interview clearances –**
Devin O'Malley
Katie Miller
Hannah MacInnis
Meghan Burris
Brittany Yanick
Tori Syrek
Judd Deere
Alexa Henning ((b)(6) @who.eop.gov)
Roma Daravi ((b)(6) @who.eop.gov)
John Hortsman ((b)(6) @who.eop.gov)

