

KNIGHT
FIRST AMENDMENT
INSTITUTE

at Columbia University

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/26/2020

October 16, 2020

**BY EMAIL**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   *Knight First Amendment Institute at Columbia University v.*
> *Centers for Disease Control and Prevention, et al.*, No. 20 Civ.
> **02761 (AT)**

Dear Judge Torres:

I write on behalf of Plaintiff the Knight First Amendment Institute at Columbia
University. Pursuant to this Court's Individual Practice III.J, Plaintiff respectfully
requests oral argument on the parties' cross-motions for summary judgment.

Respectfully,

/s/ Anna Diakun
Anna Diakun
Jennifer Pinsof
Alex Abdo
Knight First Amendment Institute at
   Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

DENIED.  The Court has determined that oral
argument will not be necessary.

SO ORDERED.

Dated: October 26, 2020
      New York, New York

ANALISA TORRES
United States District Judge