USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>CENTERS FOR DISEASE CONTROL AND PREVENTION and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>    Defendants. | No. 1:20-cv-2761 |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Civil Rule 1.4, the undersigned counsel, Jennifer Pinsof, respectfully moves to withdraw as counsel for Plaintiff in this matter, as September 3, 2021 will be her last day as a legal fellow at the Knight First Amendment Institute at Columbia University. Attorneys from the Knight Institute will continue to represent Plaintiff in this matter, and no party will be prejudiced if this motion is granted.

Respectfully submitted,

*/s/ Jennifer Pinsof*
Jennifer Pinsof
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
jennifer.pinsof@knightcolumbia.org
(646) 745-8500

Dated: September 1, 2021

SO ORDERED.

Dated: September 1, 2021
  New York, New York

_____
ANALISA TORRES
United States District Judge