

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 8, 2021

By ECF and Electronic Mail
Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY  10007

    Re:    *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres:

    This Office represents defendants Centers for Disease Control and Prevention ("CDC") and U.S. Department of Health and Human Services (together, "Defendants") in the above-referenced matter, which was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Pursuant to the Court's opinion and order dated September 17, 2021 (ECF No. 54 (the "Order")), enclosed is the declaration of Michelle Bonds, which addresses that the Draft CDC Communication and Media Strategy for the Coronavirus Disease 2019 Response (referred to as "Document 12" in the Court's Order), along with all iterations and drafts of it, were never operative. *See* Order at 36. The CDC is separately submitting Document 12 under seal for *in camera* review. *See id.*

    We thank the Court for its consideration of this submission.

                                                        Respectfully submitted,

                                                         AUDREY STRAUSS
                                                         United States Attorney for the
                                                         Southern District of New York

                                            By: */s/ Natasha W. Teleanu*
                                                       NATASHA W. TELEANU
                                                       Assistant United States Attorney
                                                       Telephone:  212-637-2528
                                                       Facsimile: 212-637-2786
                                                      E-mail: natasha.teleanu@usdoj.gov

Encl.
cc:     All counsel of record via ECF