| Part | Condition | Items | Size (Bytes) |
|---|---|---|---|
| I.B.1 | ((((subject:"coronavirus") OR (subject:"COVID") OR (subject:"COVID-19") OR (subject:"nCoV") OR (subject:"n-Cov") OR (subject:"2019-nCov"))) AND (((subject:"comms") OR (subject:"communication") OR (subject:"communications") OR (subject:"media"))) AND (((((received>="29-Jan-2020 00:00:00 AM") AND (received<"30-Apr-2020 00:00:00 AM"))) AND (ItemClass:"IPM.Note")))) | 10779 | 2888365507 |

| Part | Condition | Items | Size (Bytes) |
|---|---|---|---|
| Primary | ((((((((("comms") OR ("communication") OR ("communications") OR ("media"))) NEAR(5) (((("guide") OR ("guidance") OR ("process") OR ("processes") OR ("procedure") OR ("procedures") OR ("strategy") OR ("strategies") OR ("policy") OR ("policies"))))) OR (((("coronavirus") OR ("COVID") OR ("COVID-19") OR ("nCoV") OR ("n-Cov") OR ("2019-nCov"))) AND (((((prohibit*) OR (forbid*) OR ("ban") OR (prevent*))) NEAR(10) (((speak*) OR (speech*) OR (talk*) OR (interview*) OR (messag*))))))) OR (((("coronavirus") OR ("COVID") OR ("COVID-19") OR ("nCoV") OR ("n-Cov") OR ("2019-nCov"))) AND (((((approv*) OR (allow*) OR (clear*) OR (((sign*) NEAR(2) ("off"))))) NEAR(10) (((speak*) OR (speech*) OR (talk*) OR (interview*) OR (messag*))))))))) AND ((((received>="29-Jan-2020 00:00:00 AM") AND (received<"30-Apr-2020 00:00:00 AM"))) AND (ItemClass:"IPM.Note")))) | 67824 | 43422119363 |
| I.B.2 | ((((((("comms") OR ("communication") OR ("communications") OR ("media"))) NEAR(5) (((("guide") OR ("guidance") OR ("process") OR ("processes") OR ("procedure") OR ("procedures") OR ("strategy") OR ("strategies") OR ("policy") OR ("policies"))))) | 34253 | 32405528248 |
| I.B.3 | ((((("coronavirus") OR ("COVID") OR ("COVID-19") OR ("nCoV") OR ("n-Cov") OR ("2019-nCov"))) AND (((((prohibit*) OR (forbid*) OR ("ban") OR (prevent*))) NEAR(10) (((speak*) OR (speech*) OR (talk*) OR (interview*) OR (messag*)))))) | 19462 | 8933531976 |
| I.B.4 | ((((("coronavirus") OR ("COVID") OR ("COVID-19") OR ("nCoV") OR ("n-Cov") OR ("2019-nCov"))) AND (((((approv*) OR (allow*) OR (clear*) OR (((sign*) NEAR(2) ("off"))))) NEAR(10) (((speak*) OR (speech*) OR (talk*) OR (interview*) OR (messag*)))))) | 26120 | 12015171011 |

| Part | Condition | Items | Size (Bytes) |
|---|---|---|---|
| Primary | ((((((elevate*) AND (((clear*) NEAR(25) ((("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*)))))) OR (((centralize*) NEAR(10) ((("comms") OR ("communication") OR ("communications"))))) OR (((((((clear*) OR (approv*) OR (coordinat*) OR (((sign*) NEAR(2) ("off"))))) NEAR(15) ((("comms") OR ("communication") OR ("communications") OR ("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*) OR ("briefing"))))) NEAR(25) ((("WH") OR ("White House") OR ("EOP") OR ("Vice President") OR ("VP") OR ("OVP") OR ("Pence") OR ("Mulvaney") OR ("Mick") OR ("Birx") OR ("ASPA") OR ("Assistant Secretary for Public Affairs") OR ("task force") OR ("taskforce"))))) OR (((((((clear*) OR (approv*) OR (coordinat*) OR (((sign*) NEAR(2) ("off"))))) NEAR(15) ((("comms") OR ("communication") OR ("communications") OR ("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*) OR ("briefing"))))) NEAR(50) ((("Henning") OR ("Davari") OR ("Horstman") OR ("Burris") OR ("Bowman") OR ("Porter") OR ("Yanick") OR ("Syrek") OR ("Nance") OR ("Miller") OR ("Troye") OR ("Macinnis") OR ("O'Malley") OR ("Fetalvo") OR ("Kelly Love"))))))) AND (((((received>="29-Jan-2020 00:00:00 AM") AND (received<"30-Apr-2020 00:00:00 AM"))) AND (ItemClass:"IPM.Note")))) | 23327 | 11263551734 |
| II.B.1 | ((elevate*) AND (((clear*) NEAR(25) ((("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*))))) | 2835 | 2619930051 |
| II.B.2 | (((centralize*) NEAR(10) ((("comms") OR ("communication") OR ("communications"))))) | 149 | 142123991 |
| II.B.3 | (((((((clear*) OR (approv*) OR (coordinat*) OR (((sign*) NEAR(2) ("off"))))) NEAR(15) ((("comms") OR ("communication") OR ("communications") OR ("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*) OR ("briefing"))))) NEAR(25) ((("WH") OR ("White House") OR ("EOP") OR ("Vice President") OR ("VP") OR ("OVP") OR ("Pence") OR ("Mulvaney") OR ("Mick") OR ("Birx") OR ("ASPA") OR ("Assistant Secretary for Public Affairs") OR ("task force") OR ("taskforce"))))) | 20702 | 9899899617 |
| II.B.4 | (((((((clear*) OR (approv*) OR (coordinat*) OR (((sign*) NEAR(2) ("off"))))) NEAR(15) ((("comms") OR ("communication") OR ("communications") OR ("media") OR ("press") OR (reporter*) OR (journalist*) OR (interview*) OR ("briefing"))))) NEAR(50) ((("Henning") OR ("Davari") OR ("Horstman") OR ("Burris") OR ("Bowman") OR ("Porter") OR ("Yanick") OR ("Syrek") OR ("Nance") OR ("Miller") OR ("Troye") OR ("Macinnis") OR ("O'Malley") OR ("Fetalvo") OR ("Kelly Love"))))) | 2189 | 353988771.8 |

| Part | Condition | Items | Size (Bytes) |
|---|---|---|---|
| II.B.5 | (((("Nancy") OR ("Messonnier"))) AND ((("press") OR ("media") OR (journalist*) OR (reporter*) OR ("public relations") OR ("briefing") OR ("telebriefing") OR ("news release") OR (interview*) OR ("community spread"))) AND (((((received>="25-Feb-2020 00:00:00 AM") AND (received<"02-Mar-2020 00:00:00 AM"))) AND (ItemClass:"IPM.Note")))) | 3267 | 782405468.2 |

| Part | Condition | Items | Size (Bytes) |
|---|---|---|---|
| II.B.6 | ((((received>="25-Feb-2020 00:00:00 AM") AND (received<"02-Mar-2020 00:00:00 AM"))) AND (ItemClass:"IPM.Note") AND (((participants:"eop.gov") OR (participants:"olx1@cdc.gov") OR (participants:"acs1@cdc.gov") OR (participants:"meb0@cdc.gov")))) | 181 | 22995271.68 |