# Exhibit A

*Knight First Amendment Institute at Columbia University v. CDC, et al.*
Case No. 1:20-cv-02761-AT

**Plaintiff's Search Proposal**
**December 1, 2021**

**I.    Item 1**

    **A.    Custodians**

        1.   Michelle Bonds
        2.   Amy Heldman
        3.   Kate Galatas
        4.   Benjamin Haynes
        5.   Bert Kelly
        6.   Erin Burns
        7.   Lynn Sokler
        8.   Sara Bedrosian
        9.   Molly Gaines-McCollum
        10.  Brad Meyers
        11.  Carol Williams
        12.  Peter Jenkins
        13.  Carol Crawford
        14.  Bill Hall
        15.  John O'Connor
        16.  Betsy Mitchell
        17.  Kelly Holton
        18.  Heather Bair-Break
        19.  John Anderton
        20.  Christy Spring
        21.  Dagny Olivares
        22.  Robert Redfield
        23.  Anne Schuchat
        24.  Sherri Berger
        25.  Nancy Messonnier
        26.  Katherine Lyon Daniel

    **B.    Proposed Boolean search strings, to be used to search the subject-line and body of emails in custodians' inboxes:**

        1. Subject-line search only: (coronavirus OR COVID OR COVID-19 OR nCoV OR n-Cov OR 2019-nCov) AND (comms OR communication OR communications OR media)

        2. (comms OR communication OR communications OR media) NEAR(5) (guide OR guidance OR process OR processes OR procedure OR procedures OR strategy OR strategies OR policy OR policies)

3. (coronavirus OR COVID OR COVID-19 OR nCoV OR n-Cov OR 2019-nCov) AND ((prohibit! OR forbid! OR ban OR prevent!) NEAR(10) (speak! OR speech! OR talk! OR interview! OR messag!))

4. (coronavirus OR COVID OR COVID-19 OR nCoV OR n-Cov OR 2019-nCov) AND ((approv! OR allow! OR clear! OR (sign! /2 off)) NEAR(10) (speak! OR speech! OR talk! OR interview! OR messag!))

**II.   Item 2**

   **A.   Custodians**

   1. Robert Redfield
   2. Anne Schuchat
   *3.* Michelle E. Bonds
   4. Jay C. Butler
   5. Martin Cetron
   6. Cate Shockey
   7. John Dreyzehner
   8. Amy Heldman
   9. Kate Galatas
   10. Katherine Lyon Daniel
   11. Jennifer Madans
   12. Nancy Messonnier
   13. Stephen Redd
   14. Sara Bedrosian
   15. Susan Laird
   16. Carol Crawford
   17. Jay Dempsey
   18. Agnes Warner
   19. Robert (Kyle) McGowan
   20. Sherri Berger
   21. Amanda Campbell
   22. Henry Walke
   23. Jenni McQuiston
   24. Dana Meany-Delman
   25. Michael Beach
   26. Athalia Christie
   27. Amanda Cohn
   28. Ashley Knotts
   29. Elizabeth Hoo
   30. Charlotte Kent

*Knight First Amendment Institute at Columbia University v. CDC, et al.*
Case No. 1:20-cv-02761-AT

**B.** **Proposed Boolean search strings, to be used to search the subject-line and body of emails in custodians' inboxes:**

1. elevate! AND (clear! NEAR(25) (media OR press OR reporter! OR journalist! OR interview!))

2. centralize! NEAR(10) ("comms" OR communication OR communications)

3. (clear! OR approv! OR coordinat! OR (sign! /2 off)) NEAR(15) (comms OR communication OR communications OR media OR press OR reporter! OR journalist! OR interview! OR briefing) NEAR(25) (WH OR "White House" OR EOP OR "Vice President" OR VP OR OVP OR Pence OR Mulvaney OR Mick OR Birx OR ASPA OR "Assistant Secretary for Public Affairs" OR "task force" OR taskforce)

4. ((clear! OR approv! OR coordinat! OR (sign! /2 off)) NEAR(15) ("comms" OR communication OR communications OR media OR press OR reporter! OR journalist! OR interview! OR briefing)) NEAR(50) (Henning OR Davari OR Horstman OR Burris OR Bowman OR Porter OR Yanick OR Syrek OR Nance OR Miller OR Troye OR Macinnis OR O'Malley OR Fetalvo OR "Kelly Love")

5. For the limited date range of February 25, 2020 to March 1, 2020: (Nancy OR Messonnier) AND (press OR media OR journalist! OR reporter! OR "public relations" OR briefing OR telebriefing OR "news release" OR interview! OR "community spread")

6. Search of Nancy Messonnier's email for the limited date range of February 25, 2020 to March 1, 2020: All communication with eop.gov email addresses, Robert Redfield, Anne Schuchat, or Michelle Bonds.

3