# Exhibit B

Judd Deere
Alexa Henning ((b)(6) @who.eop.gov)
Roma Daravi ((b)(6) @who.eop.gov)
John Hortsman ((b)(6) @who.eop.gov)

---

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 3:21 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael (Gretchen.Michael@hhs.gov) <Gretchen.Michael@hhs.gov>; Elleen Kane (OS/ASPR/OEA) (Elleen.Kane@hhs.gov) <Elleen.Kane@hhs.gov>; Danko, Carol (OS/ASPR/IO) <Carol.Danko@hhs.gov>; Mia Heck (HHS/OASH) (Mia.Heck@hhs.gov) <Mia.Heck@hhs.gov>; Tara Broido (Tara.Broido@hhs.gov) <Tara.Broido@hhs.gov>; Jennifer Sherman (HHS/OASH) (Jennifer.Sherman@hhs.gov) <Jennifer.Sherman@hhs.gov>
**Cc:** Blakeman, Scott (OS/ASPA) <Scott.Blakeman@hhs.gov>; Brennan, Patrick (OS/ASPA) <Patrick.Brennan@hhs.gov>; Caputo, Michael (HHS/ASPA) <Michael.Caputo@hhs.gov>; Foster, Timothy (OS/ASPA) <Timothy.Foster@hhs.gov>; Hall, Bill (HHS/ASPA) <bill.hall@hhs.gov>; McKeogh, Katherine (OS/ASPA) <Katherine.McKeogh@hhs.gov>; Oakley, Caitlin B. (OS/ASPA) <Caitlin.Oakley@HHS.GOV>; Pratt, Michael (OS/ASPA) <Michael.Pratt@hhs.gov>; Traverse, Brad (HHS/ASPA) <Brad.Traverse@hhs.gov>; Weber, Mark (HHS/ASPA) <Mark.Weber@hhs.gov>
**Subject:** RE: for clearances

Just a quick follow-up here to clarify on this: there's not been a change in the COVID-19 clearance process. Stuff still needs to be flagged for ASPA and/or approved by ASPA before going up to WH/OVP. The email below was simply to update you all on who at WH/OVP will need to receive the clearance emails when they go up to WH/OVP. The processes we've been following remain in place. Please call with any questions.

---

**From:** Murphy, Ryan (OS/ASPA)
**Sent:** Monday, May 11, 2020 12:42 PM
**To:** Lemar, Naweed (OS/ASPA) <Naweed.Lemar@hhs.gov>; Michael Robinson (michael.robinson@hhs.gov) <michael.robinson@hhs.gov>; Simone Myrie (Simone.Myrie@hhs.gov) <Simone.Myrie@hhs.gov>; Bradley, Tasha (OS/ASPA) <Tasha.Bradley@hhs.gov>; Formoso, Paula (HHS/ASPA) <Paula.Formoso@hhs.gov>; Daniels, Carla (HHS/ASPA) <Carla.Daniels@hhs.gov>; Felberbaum, Michael (FDA/OC) <Michael.Felberbaum@fda.hhs.gov>; Caccomo, Stephanie (FDA/OC) <Stephanie.Caccomo@fda.hhs.gov>; Molly Block (Molly.Block@fda.hhs.gov) <Molly.Block@fda.hhs.gov>; Kate Galatas (CDC/OD/OADC) (kkg2@cdc.gov) <kkg2@cdc.gov>; Bonds, Michelle E. (CDC/OD/OADC) <meb0@cdc.gov>; Oury, Rachael (CDC/OD) <QKC3@cdc.gov>; Courtney (NIH/NIAID) Billet [E] (billetc@niaid.nih.gov) <billetc@niaid.nih.gov>; Jennifer (NIH/NIAID) Routh [E] (jennifer.routh@nih.gov) <jennifer.routh@nih.gov>; John Burklow (burklowj@od.nih.gov) <burklowj@od.nih.gov>; Myles, Renate (NIH/OD) [E] <mylesr@mail.nih.gov>; Gretchen Michael