```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/13/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                     Plaintiff,

-against-

CENTERS FOR DISEASE CONTROL AND
PREVENTION and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                     Defendants.

20 Civ. 2761 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 8, 2021, Defendants submitted Document 12 under seal for *in camera* review along with an affidavit describing whether it, or any iteration of the document, was ever operative, ECF Nos. 58, 59, pursuant to the Court's order dated September 17, 2021, ECF No. 54. The Court has reviewed Defendants' submissions. By **December 17, 2021**, Defendants shall provide a revised supplemental affidavit explaining the particular harm, if any, that would arise from the production of Document 12, *see* 5 U.S.C. § 552(a)(8)(A).

SO ORDERED.

Dated: December 13, 2021
      New York, New York

                                                ANALISA TORRES
                                             United States District Judge