```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/27/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY,

                          Plaintiff,

-against-

CENTERS FOR DISEASE CONTROL AND
PREVENTION and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                          Defendants.

20 Civ. 2761 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 17, 2021, the Court issued an order denying Defendants' motion for summary judgment and granting in part and denying in part Plaintiff's motion for summary judgment. Order, ECF No. 54. Because the Court was unable to resolve all of the issues raised in the cross-motions for summary judgment based on the record before it, the Court ordered the parties to make further productions. *See id.* at 36. The Court also ordered that, "[a]fter completing the productions described [on page thirty-six of the Order], the parties may renew their motions for summary judgment." *Id.* at 37. The parties have completed the productions. *See* ECF Nos. 58, 59, 72, 73, 76. Accordingly, by **January 14, 2022**, the parties shall inform the Court whether they intend to file renewed motions for summary judgment on the outstanding issues.

      SO ORDERED.

Dated: December 27, 2021
       New York, New York

                                                         ANALISA TORRES
                                               United States District Judge