

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

January 24, 2023

<u>By ECF</u>
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

  I write on behalf of all parties to provide a status update pursuant to the Court's October 26, 2022 Order (ECF No. 86).

  Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; and January 20, 2023.

  The parties respectfully request that the next status update be due no later than March 24, 2023.

  I thank the Court for its attention to this matter.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

      By: /s/ *Lucas Issacharoff*
         LUCAS ISSACHAROFF
         Assistant United States Attorney
         Telephone: (212) 637-2737
         Facsimile: (212) 637-2702
         E-mail: lucas.issacharoff@usdoj.gov

cc:  Counsel of record (via ECF)