

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers
New York, Ne

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/25/2023__

January 24, 2023

By ECF
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

      I write on behalf of all parties to provide a status update pursuant to the Court's October 26, 2022 Order (ECF No. 86).

      Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; and January 20, 2023.

      The parties respectfully request that the next status update be due no later than March 24, 2023.

      I thank the Court for its attention to this matter.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By **March 24, 2023**, the parties shall provide the Court with a joint status report.

SO ORDERED.

Dated: January 25, 2023
          New York, New York

      ANALISA TORRES
      United States District Judge