

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 24, 2023

<u>By ECF</u>
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

   Re: *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

  I write on behalf of all parties to provide a status update pursuant to the Court's January 25, 2023 Order (ECF No. 88).

  Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; January 20, 2023; February 21, 2023; and March 21, 2023.

  The parties respectfully request that the next status update be due no later than May 24, 2023.

  I thank the Court for its attention to this matter.

           Respectfully submitted,

          DAMIAN WILLIAMS
          United States Attorney for the
          Southern District of New York

       By: /s/ *Lucas Issacharoff*
          LUCAS ISSACHAROFF
          Assistant United States Attorney
          Telephone: (212) 637-2737
          Facsimile: (212) 637-2702
          E-mail: lucas.issacharoff@usdoj.gov

cc: Counsel of record (via ECF)