

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2023_

March 24, 2023

By ECF
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

I write on behalf of all parties to provide a status update pursuant to the Court's January 25, 2023 Order (ECF No. 88).

Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; January 20, 2023; February 21, 2023; and March 21, 2023.

The parties respectfully request that the next status update be due no later than May 24, 2023.

I thank the Court for its attention to this matter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/ *Lucas Issacharoff*
     LUCAS ISSACHAROFF
     Assistant United States Attorney
     Telephone: (212) 637-2737
     Facsimile: (212) 637-2702
     E-mail: lucas.issacharoff@usdoj.gov

By **May 24, 2023**, the parties shall provide the Court with a joint status report.

Dated: March 27, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge