

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street, 3rd floor
New York, New York 10007*

May 24, 2023

<u>By ECF</u>
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

    I write on behalf of all parties to provide a status update pursuant to the Court's March 27, 2023 Order (ECF No. 90).

    Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; January 20, 2023; February 21, 2023; March 21, 2023; April 21, 2023; and May 22, 2023.

    The parties respectfully request that the next status update be due no later than July 24, 2023.

    I thank the Court for its attention to this matter.

                                   Respectfully submitted,

                                   DAMIAN WILLIAMS
                                   United States Attorney for the
                                   Southern District of New York

                By:   /s/ *Lucas Issacharoff*
                      LUCAS ISSACHAROFF
                      Assistant United States Attorney
                      Telephone: (212) 637-2737
                      Facsimile: (212) 637-2702
                      E-mail: lucas.issacharoff@usdoj.gov

cc:       Counsel of record (via ECF)