

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/25/2023
```

May 24, 2023

By ECF
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

    I write on behalf of all parties to provide a status update pursuant to the Court's March 27, 2023 Order (ECF No. 90).

    Pursuant to the parties' agreement, the Defendants have been processing at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants have made productions of responsive material on November 22, 2022; December 21, 2022; January 20, 2023; February 21, 2023; March 21, 2023; April 21, 2023; and May 22, 2023.

    The parties respectfully request that the next status update be due no later than July 24, 2023.

    I thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney for the
                                          Southern District of New York

                           By:   /s/ *Lucas Issacharoff*
                                   LUCAS ISSACHAROFF
                                   Assistant United States Attorney
                                   Telephone: (212) 637-2737
                                   Facsimile: (212) 637-2702
                                   E-mail: lucas.issacharoff@usdoj.gov

By **July 24, 2023**, the parties shall submit a joint status update.

SO ORDERED.

Dated: May 25, 2023
       New York, New York
                                         ANALISA TORRES
                                         United States District Judge