

475 Riverside Drive, Suite 302
New York, NY 10115

(646) 745-8500

info@knightcolumbia.org

July 19, 2023

**Via ECF and Electronic Mail**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres,

I write on behalf of all parties to provide a status update pursuant to the Court's May 25, 2023 Order (ECF No. 92).

Pursuant to the parties' agreement, the Defendants processed at least 750 pages per month of material located according to the parties' agreement on the scope of the search. Defendants made productions of responsive materials on November 22, 2022; December 21, 2022; January 20, 2023; February 21, 2023; March 21, 2023; April 21, 2023; May 22, 2023; and June 21, 2023.

On June 21, 2023, Defendant Centers for Disease Control and Prevention informed Plaintiff that it had completed its productions. Plaintiff is in the process of reviewing these records. To give Plaintiff time to complete its review, and to give the parties the opportunity to confer regarding any questions or concerns Plaintiff may have about the productions, the parties respectfully request that the next status update be due no later than Monday, September 25, 2023.

I thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Anna Diakun*

Anna Diakun
Knight First Amendment Institute at
 Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org