

U.S. D[epartment of Justice]

United [States Attorney]
Southe[rn District of New York]

86 Cham[bers Street]
New York[, New York 10007]

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/26/2023
```

September 25, 2023

<u>By ECF and Email</u>
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

      I write on behalf of all parties to provide a status update pursuant to the Court's July 19, 2023 Order (ECF No. 94).

      On June 21, 2023, Defendant Centers for Disease Control and Prevention informed Plaintiff that it had completed its productions. Plaintiff has reviewed these records. The parties are currently discussing the scope of the productions and redactions. To give the parties the opportunity to confer and potentially resolve any outstanding issues, the parties respectfully request that the next status update be due no later than October 25, 2023.

      I thank the Court for its attention to this matter.

                                      Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

                    By:    /s/ *Lucas Issacharoff*
                          LUCAS ISSACHAROFF
                          Assistant United States Attorney
                          Telephone: (212) 637-2737
                          Facsimile: (212) 637-2702
                          E-mail: lucas.issacharoff@usdoj.gov

GRANTED.

SO ORDERED.

Dated: September 26, 2023
       New York, New York

                                    ANALISA TORRES
                                    United States District Judge