

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2023

October 25, 2023

<u>Via ECF and Electronic Mail</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres,

    I write on behalf of all parties to provide a status update pursuant to the Court's September 26, 2023 Order (ECF No. 96).

    On June 21, 2023, Defendant Centers for Disease Control and Prevention informed Plaintiff that it had completed its productions. After reviewing the productions, Plaintiff provided Defendant with questions concerning the scope of the productions and certain redactions, to which Defendant responded with a supplemental production on October 16, 2023, and additional information by separate email.

    Plaintiff is satisfied with Defendant's responses, and the parties agree that the only remaining issue is Plaintiff's request for an award of its reasonable attorney fees and other litigation costs as provided for in FOIA, 5 U.S.C. § 552(a)(4)(E). The parties are hopeful that fee negotiations will result in the settlement of this case without the need for further litigation. To allow the parties an opportunity to come to an agreement on this issue, the parties respectfully propose that the next joint status report be due by December 11, 2023, at which time they will inform the Court of the progress of their negotiations.

    I thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Anna Diakun_
Anna Diakun
Knight First Amendment Institute
 at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
anna.diakun@knightcolumbia.org

GRANTED.

SO ORDERED.

Dated: October 26, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge