

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/12/2023__

December 11, 2023

<u>Via ECF and Electronic Mail</u>

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres,

 I write on behalf of all parties to provide a status update pursuant to the Court's October 26, 2023 Order (ECF No. 98).

 On October 25, 2023, the parties informed the Court that the only remaining issue in the above-captioned case is Plaintiff's request for an award of its reasonable attorneys' fees and other litigation costs as provided for in FOIA, 5 U.S.C. § 552(a)(4)(E). The parties requested time to negotiate in the hope of reaching a settlement without the need for further litigation. The Court ordered the parties to submit a joint status report by today, December 11, 2023, informing the Court of the progress of their negotiations.

 On December 8, 2023, Plaintiff provided Defendants Centers for Disease Control and Prevention and the U.S. Department of Health and Human Services with a fee request and accompanying documentation. To allow Defendants sufficient time to review the request and an opportunity for the parties to confer, the parties respectfully request additional time to continue engaging in negotiations. Parties respectfully propose the next joint status report be due by February 9, 2024, at which time they will inform the Court of the continued progress of their negotiations.

I thank the Court for its attention to this matter.

        Respectfully submitted,

        /s/ Anna Diakun
        Anna Diakun
        Knight First Amendment Institute
         at Columbia University
        475 Riverside Drive, Suite 302
        New York, NY 10115
        (646) 745-8500
        anna.diakun@knightcolumbia.org

GRANTED.

SO ORDERED.

Dated: December 12, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge