

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

February 9, 2024

<u>By ECF and Email</u>
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

  I write on behalf of all parties to provide a status update pursuant to the Court's December 12, 2023 Order (ECF No. 100).

  As noted in the parties' prior status letters, the only outstanding issue in this case is Plaintiff's fee request. Plaintiff has made its initial fee request and provided accompanying documentation, and Defendant is in the process of evaluating and responding to that fee request. Accordingly, the parties respectfully propose that the next status report be due by April 9, 2024, to afford the parties time to confer and negotiate.

  I thank the Court for its attention to this matter.

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney for the
            Southern District of New York

         By: /s/ *Lucas Issacharoff*
            LUCAS ISSACHAROFF
            Assistant United States Attorney
            Telephone: (212) 637-2737
            E-mail: lucas.issacharoff@usdoj.gov

cc:  Counsel of record