USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

February 9, 2024

By ECF and Email
The Honorable Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    *Knight First Amendment Institute v. CDC*, 20 Civ. 2761 (AT)

Dear Judge Torres:

    I write on behalf of all parties to provide a status update pursuant to the Court's December 12, 2023 Order (ECF No. 100).

    As noted in the parties' prior status letters, the only outstanding issue in this case is Plaintiff's fee request. Plaintiff has made its initial fee request and provided accompanying documentation, and Defendant is in the process of evaluating and responding to that fee request. Accordingly, the parties respectfully propose that the next status report be due by April 9, 2024, to afford the parties time to confer and negotiate.

    I thank the Court for its attention to this matter.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

            By:   /s/ *Lucas Issacharoff*
                  LUCAS ISSACHAROFF
                  Assistant United States Attorney
                  Telephone: (212) 637-2737
                  E-mail: lucas.issacharoff@usdoj.gov

GRANTED.

SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                  [signature]
                            ANALISA TORRES
                            United States District Judge