

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2024

April 8, 2024

**Via ECF and Electronic Mail**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re: *Knight First Amendment Institute at Columbia University v. Centers for Disease Control and Prevention and U.S. Department of Health and Human Services*, 20 Civ. 2761 (AT)

Dear Judge Torres,

I write on behalf of all parties to provide a status update pursuant to the Court's February 12, 2024 Order (ECF No. 102).

As noted in the parties' previous joint status letters, the only remaining issue in this case is Plaintiff's request for an award of its reasonable attorneys' fees and other litigation costs as provided for in FOIA, 5 U.S.C. § 552(a)(4)(E). Since the parties' last status update on February 9, 2024, ECF No. 101, the parties have continued to negotiate in good faith. On April 4, 2024, the parties came to an agreement in principle that would obviate the need for motion practice in this case. To allow time to finalize this agreement, the parties respectfully propose that they file a joint stipulation and proposed order of dismissal by Tuesday, April 23, 2024.

I thank the Court for its attention to this matter.

Respectfully submitted,

GRANTED.

SO ORDERED.

Dated: April 9, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge